Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SYNCHRONOSS TECHNOLOGIES )
                          )   Case No: 16-cv-00119
          Plaintiff(s),   )
                          )   **APPLICATION FOR**
     v.                   )   **ADMISSION OF ATTORNEY**
                          )   **PRO HAC VICE**
DROPBOX, INC.             )   (CIVIL LOCAL RULE 11-3)
                          )
          Defendant(s).   )
                          )

I, Joel Nathan Bock_____, an active member in good standing of the bar of New Jersey_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Synchronoss Technologies, Inc._____ in the above-entitled action. My local co-counsel in this case is Sarah S. Eskandari_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 JFK Parkway, Short Hills, NJ 07078-2708 | 525 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(973) 912-7100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 882-5087 |
| MY EMAIL ADDRESS OF RECORD:<br>joel.bock@dentons.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sarah.eskandari@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 046421993___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/24/16                               Joel Nathan Bock                    ✚
                                              _____
                                                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joel Nathan Bock_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/25/2016                              _Haywood S. Gill Jr._____
                                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JOEL NATHAN BOCK**
*(No.* **046421993** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1993** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **17TH** *day of* **February** *, 20* **16**

*Clerk of the Supreme Court*

-453a-