1  THOMAS H.L. SELBY (*pro hac vice*)
   DAVID M. KRINSKY (*pro hac vice*)
2  ADAM D. HARBER (*pro hac vice*)
   CHRISTOPHER J. MANDERNACH (*pro hac vice*)
3  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
4  Washington, D.C.  20005
   Telephone:  (202) 434-5000
5  Facsimile:  (202) 434-5029
   E-mail:  tselby@wc.com
6  E-mail:  dkrinsky@wc.com
   E-mail:  aharber@wc.com
7  E-mail:  cmandernach@wc.com

8  STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
9  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
10 San Francisco, CA 94111
   Telephone: (415) 788-8200
11 Facsimile: (415) 788-8208
   E-mail:  staylor@tcolaw.com
12 E-mail:  jpatchen@tcolaw.com

13 Attorneys for Defendant
   DROPBOX, INC.

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No.: 16-cv-00119-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [CIVIL LOCAL RULE 6-2]** |
| v. | |
| DROPBOX, INC., | |
| Defendant. | Date: April 28, 2016<br>Time: 2:00 PM<br>Place: Courtroom 15, 18th Floor<br><br>Complaint Filed:  March 27, 2015<br>Case Transferred:  January 8, 2016<br>Trial Date:  None Set<br><br>Honorable Haywood S. Gilliam, Jr. |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC.
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS: CASE NO. 16-cv-00119-HSG

1  Defendant Dropbox, Inc. ("Dropbox") and Plaintiff Synchronoss Technologies, Inc.
2  ("Synchronoss"), by and through their respective counsel and subject to the Court's approval, have
3  met conferred and hereby stipulate as follows:
4  WHEREAS, in light of the Easter holiday and conflicting deadlines facing counsel for
5  Dropbox, there is good cause to extend the date for Dropbox's reply in support of its pending
6  Motion to Dismiss (ECF 81) by one week, from March 31, 2016 to and including April 7, 2016;
7  WHEREAS, there has only been one prior time modification in this case when the Court
8  granted Synchronoss' motion for an extension of time to respond to Dropbox's original February
9  5, 2016 motion to dismiss (ECF 70, 71);
10  WHEREAS, the parties' requested extension will have no impact on the schedule for the
11  case or the Motion's April 28, 2016 hearing date; the requested one-week extension will still leave
12  the Court with three (3) weeks to review all of the papers submitted in support of and in
13  opposition to the Motion, and prepare for the hearing; and the brief extension will not prevent the
14  Motion from being fully briefed before the April 12 Initial Case Management Conference;
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

TAYLOR & CO.
LAW OFFICES, LLP

2.
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC.
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS: CASE NO. 16-cv-00119-HSG

1  NOW, THEREFOR, IT IS HEREBY STIPULATED AND AGREED, BY AND
2  BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to the
3  Court's approval:  The date for Defendant Dropbox to file its reply in support of the currently
4  pending Motion to Dismiss (ECF 81) is extended from March 31, 2016, to and including April 7,
5  2016.

Dated: March 29, 2016                TAYLOR & COMPANY LAW OFFICES, LLP


By:   */s/ Jonathan A. Patchen*
         Jonathan A. Patchen
Attorneys for Defendant DROPBOX, INC.

Dated: March 29, 2016                DENTONS US LLP


By:   */s/ Shailendra K. Maheshwari*
         Shailendra K. Maheshwari
Attorneys for Plaintiff SYNCHRONOSS
TECHNOLOGIES, INC.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: March 29, 2016        *[signature]*
                             HONORABLE HAYWOOD S. GILLIAM, JR.
                             UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

3.
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC.
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS: CASE NO. 16-cv-00119-HSG

## ATTESTATION

I, Jonathan A. Patchen, am the ECF user whose ID an password are being used to file the above **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

By: */s/ Jonathan A. Patchen*
Jonathan A. Patchen

**TAYLOR & CO.**
**LAW OFFICES, LLP**

4.
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT DROPBOX, INC.
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS: CASE NO. 16-cv-00119-HSG