UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX INC., et al., <br><br> Defendants. | Case No.  16-cv-00119-HSG <br><br> **ORDER FOR SUPPLEMENTAL BRIEFING** |

On April 28, 2016, the Court held a hearing on Defendant's motion to dismiss.  Dkt. No. 81.  Defendant brought its motion on the basis that U.S. Patent Nos. 6,671,757; 7,587,446; and 6,757,696 are invalid under 35 U.S.C. § 101.  On May 12, 2016, the Federal Circuit issued a decision in *Enfish, LLC v. Microsoft Corp.*, No. 2015-1244, 2016 WL 2756255 (Fed. Cir. May 12, 2016).

The parties are directed to submit simultaneous supplemental briefing on the import of *Enfish* on the pending motion to dismiss.  The parties shall file briefs of no more than 5 pages on or before May 27, 2016.

**IT IS SO ORDERED.**

Dated: 5/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge