UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX INC., et al., <br><br> Defendants. | Case No. 16-cv-00119-HSG <br><br> **ORDER SETTING SCHEDULE** <br><br> Re: Dkt. No. 113 |

Having reviewed the proposed case schedule submitted by the parties, *see* Dkt. 113, App. A, the Court hereby **SETS** the following case deadlines:

| Litigation Event | Deadline |
|---|---|
| ESI Stipulation | January 23, 2017 |
| Stipulated Protective Order | January 23, 2017 |
| Synchronoss' Disclosure of Asserted Claims and Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2) | February 15, 2017 |
| Dropbox's Invalidity Contentions and accompanying document production due (Patent L.R. 3-3 and 3-4) | April 3, 2017 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) | April 17, 2017 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4-2) | May 8, 2017 |
| Joint Claim Construction Prehearing Statement due (Patent L.R. 4-3) | June 2, 2017 |
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) | June 30, 2017 |
| Synchronoss' opening claim construction brief due (Patent L.R. 4-5(a)) | July 17, 2017 |
| Dropbox's responsive claim construction brief due (Patent L.R. 4-5(b)) | July 31, 2017 |
| Synchronoss' reply claim construction brief due (Patent L.R. 4-5(c)) | August 7, 2017 |
| Claim construction tutorial | August 18, 2017, 10:00 a.m.-12:00 p.m. |
| Claim construction hearing (Patent L.R. 4-6) | August 23, 2017, 2:00 p.m. - 5:00 p.m. |

//

//

The Court will schedule a case management conference to discuss the calendar for the remainder of the case in its claim construction order.

**IT IS SO ORDERED.**

Dated: 1/4/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge