1  SARAH S. ESKANDARI (SBN 271541)
   DENTONS US LLP
2  One Market Plaza
   Spear Tower, 24th Floor
3  San Francisco, California 94105
   Telephone: (415) 267-4000
4  Facsimile: (415) 267-4198
   Email: sarah.eskandari@dentons.com
5
   Attorneys for Plaintiff
6  SYNCHRONOSS TECHNOLOGIES, INC.

7
   STEPHEN E. TAYLOR (SBN 58452)
8  JONATHAN A. PATCHEN (SBN 237346)
   TAYLOR & PATCHEN, LLP
9  One Ferry Building, Suite 355
   San Francisco, California 94111
10 Telephone: (415) 788-8200
   Facsimile: (415) 788-8208
11 E-mail: staylor@taylorpatchen.com
   E-mail: jpatchen@taylorpatchen.com
12
   Attorneys for Defendant
13 DROPBOX, INC.

14

15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                          **SAN FRANCISCO DIVISION**

19

20  SYNCHRONOSS TECHNOLOGIES, INC.,           Case No.: 3:16-CV-00119-HSG

21          Plaintiff,

22  v.                                         **STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER**

23  DROPBOX, INC.,                             **[CIVIL LOCAL RULE 6-2]**

24          Defendant.                          Honorable Haywood S. Gilliam, Jr.

25                                              Complaint Filed:    March 27, 2015
                                                Case Transferred:   January 8, 2016

26

27

28

---

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER:
CASE NO. 3:16-CV-00119-HSG

1  Defendant Dropbox, Inc. ("Dropbox") and Plaintiff Synchronoss Technologies, Inc. ("Synchronoss"), collectively (the "Parties"), by and through their respective counsel and subject to the Court's approval, have met and conferred and stipulate as follows:

WHEREAS, on January 4, 2017, the Court issued an Order Setting Schedule that set a January 23, 2017 deadline for the Parties to submit an ESI Stipulation and Protective Order (ECF 116).

WHEREAS, in light of the fact that, to date, the Parties continue to negotiate the ESI Stipulation and Protective Order, and due to the intervening holidays of Martin Luther King, Jr. and the Presidential Inauguration, there is good cause to extend the date for the Parties to submit their ESI Order and Protective Order by one week, from January 23, 2017, to and including January 30, 2017.

WHEREAS, there have only been two prior time modifications in this case: (1) when the Court granted Synchronoss' motion for an extension of time to respond to Dropbox's original February 5, 2016 motion to dismiss (ECF 70, 71) and (2) when the Court granted the Parties' Stipulated Request for an extension of time for Dropbox to file its reply in support of the Motion to Dismiss (ECF 90, 91);

WHEREAS, the Parties' requested extension will have no impact on the schedule for the case overall, as the remaining deadlines in the Scheduling Order will be unaffected; the requested one-week extension will leave the Parties with two (2) weeks prior to the February 15, 2017 due date for Synchronoss' Disclosure of Asserted Claims and Infringement Contentions and accompanying document production, per Patent Local Rules 3-1 and 3-2 and the Order Setting Schedule (ECF 116); and the brief extension will not prejudice any Party.

///
///
///
///
///
///

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND
2 BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to the
3 Court's approval: The date for the Parties to file their ESI Stipulation and Protective Order is
4 extended from January 23, 2017, to and including January 30, 2017.

Dated: January 23, 2017          **DENTONS US LLP**

By:  */s/ Sarah S. Eskandari*
SARAH S. ESKANDARI (SBN 271541)
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sarah.eskandari@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

Dated: January 23, 2017          **TAYLOR & PATCHEN, LLP**

By:  */s/ Jonathan A. Patchen*
STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@taylorpatchen.com
E-mail: jpatchen@taylorpatchen.com

*Attorneys for Defendant*
*Dropbox, Inc.*

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2017

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE
HONORABLE HAYWOOD S. GILLIAM, JR.

**FILER'S ATTESTATION:**

I, Sarah S. Eskandari, am the ECF user whose ID and password are being used to file the above **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER [CIVIL LOCAL RULE 6-2].** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: January 23, 2017          By    */s/ Sarah S. Eskandari*
                                       SARAH S. ESKANDARI