DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>DROPBOX, INC.,<br>Defendant. | Case No. 4:16-cv-00119-HSG<br>**STIPULATION AND ORDER RE COORDINATED CASE SCHEDULE**<br>Hon. Haywood S. Gilliam, Jr. |
| SYNCHRONOSS TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>EGNYTE, INC.,<br>Defendant. | Case No. 4:16-cv-00120-HSG<br>**STIPULATION AND ORDER RE COORDINATED CASE SCHEDULE**<br>Hon. Haywood S. Gilliam, Jr. |
| SYNCHRONOSS TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>FUNAMBOL, INC.,<br>Defendant. | Case No. 4:16-cv-02026-HSG<br>**STIPULATION AND ORDER RE COORDINATED CASE SCHEDULE**<br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-2, Plaintiff, Synchronoss Technologies, Inc. (“Synchronoss” or “Plaintiff”), Defendant Dropbox, Inc. (“Dropbox”), Defendant Egnyte, Inc. (“Egnyte”), and Defendant Funambol, Inc. (“Funambol”) (collectively with Dropbox and Egnyte, the “Defendants”), respectfully request that the Court enter the following stipulation and [proposed] order coordinating the case schedule in all the above-referenced cases.

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

## I. Factual Background

In support of this stipulation, the undersigned Plaintiff and Defendants provide the following facts:

A. On February 28, 2017, the Court conducted the initial case management conferences for the related cases *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 16-CV-00120-HSG and *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 16-CV-02026-HSG. (ECF 69, 83, respectively.) During the proceedings before the Honorable Haywood S. Gilliam, Jr., the Court stated its desire for the parties to come to an agreement on a coordinated case schedule through the claim construction deadlines. *Id.*

B. On March 1, 2017, the Court entered a minute entry following the case management conferences, directing counsel for Synchronoss, Egnyte, and Funambol to meet and confer with counsel on the related Dropbox case, *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 16-CV-00119-HSG, regarding a proposed agreement to a coordinated case schedule through claim construction. (ECF 69, 83, respectively.) The Court further directed the parties to e-file a stipulation and proposed order proposing a coordinated case schedule following the meet and confer. *Id.*

C. Pursuant to the Court's direction, counsel for Plaintiff and Defendants met and conferred on March 8, 2017 and March 10, 2017 via email and have agreed to the proposed coordinated case schedule outlined below to be entered in all related cases, subject to the convenience of the court.

D. Based on these facts, Plaintiff and Defendants believe the proposed coordinated case schedule outlined below meets the specific request of the Court. Further, Plaintiff and Defendants believe a coordinated case schedule between the related cases through the claim construction deadlines would be in the interest of judicial economy, conserve the Court's and the parties' resources, and allow for a more efficient and productive discussion with the Court.

F. Plaintiff and Dropbox agree that this stipulation modifies all deadlines in the current case schedule for the Dropbox case as previously set by the Court on January 4, 2017.

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

(ECF 116). *See* Civil L.R. 6-2(a)(3).

G. On January 30, 2017, the Court granted Synchronoss and Dropbox's request to extend the deadline to submit their ESI Stipulation and Protective Order. (ECF 123). The Parties have not previously requested any other time modifications with respect to the case schedules. *See* Civil L.R. 6-2(a)(2).

## II. Stipulation

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN PLAINTIFF AND DEFENDANTS THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to the Court's approval: the Court enter the following stipulated proposed coordinated case schedule as an Order of the Court:

**Proposed Case Schedule**

| Event | Order or Local Rule | Proposed Date |
|---|---|---|
| Initial Disclosures (FRCP 26(a))[1] | | March 27, 2017 |
| ESI Stipulation[2] | | March 31, 2017 |

[1] This deadline applies only in *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 4:16-cv-00120-HSG, as initial disclosures have been exchanged in *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 3:16-cv-00119-HSG and *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 3:16-cv-00120-HSG.

[2] This deadline applies only in *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 4:16-cv-00120-HSG and *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 3:16-cv-00120-HSG, as an ESI Stipulation has been entered in *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 3:16-cv-00119-HSG. ECF 129.

| | | |
|---|---|---|
| Stipulated Protective Order[3] | | March 31, 2017 |
| Synchronoss' Disclosure of Asserted Claims and Infringement Contentions and accompanying document production due (Patent L.R. 3-1 and 3-2)[4] | Not later than 14 days after the Initial Case Management Conference | April 24, 2017 |
| Invalidity Contentions and accompanying document production from Dropbox, Funambol and Egnyte are due (Patent L.R. 3-3 and 3-4) | Not later than 45 days after service upon it of the "Disclosure of Asserted Claims and Infringement Contentions" | June 9, 2017 |
| Parties exchange proposed claim terms for construction (Patent L.R. 4-1) | Not later than 14 days after service of the "Invalidity Contentions" pursuant to Patent L.R. 3-3 | June 23, 2017 |
| Parties exchange proposed constructions for the identified claim terms and identify all supporting evidence and experts (Patent L.R. 4-2) | Not later than 21 days after the exchange of the lists pursuant to Patent L.R. 4-1 | July 14, 2017 |

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

[3] This deadline applies only in *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 4:16-cv-00120-HSG and *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 3:16-cv-00120-HSG, as a Stipulated Protective Order has been entered in *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 3:16-cv-00119-HSG. ECF 127.

[4] This deadline applies only in *Synchronoss Techs., Inc. v. Funambol, Inc.*, Case No. 4:16-cv-00120-HSG, and *Synchronoss Techs., Inc. v. Egnyte, Inc.*, Case No. 3:16-cv-00120-HSG, as Synchronoss has served its infringement contentions in *Synchronoss Techs., Inc. v. Dropbox, Inc.*, Case No. 3:16-cv-00119-HSG.

| Joint Claim Construction Prehearing Statement due (Patent L.R. 4-3) | Not later than 60 days after service of the "Invalidity Contentions" | August 8, 2017 |
|---|---|---|
| Deadline to complete all discovery related to claim construction (Patent L.R. 4-4) | Not later than 30 days after service and filing of the Joint Claim Construction and Prehearing Statement | September 7, 2017 |
| Synchronoss' opening claim construction brief due (Patent L.R. 4-5(a)) | Not later than 45 days after service and filing of the Joint Claim Construction and Prehearing Statement | September 22, 2017 |
| Responsive claim construction briefs from Dropbox, Funambol and Egnyte are due (Patent L.R. 4-5(b)) | Not later than 14 days after service of the opening brief | October 6, 107 |
| Synchronoss' reply claim construction brief due (Patent L.R. 4-5(c)) | Not later than 7 days after service of the responsive brief | October 13, 2017 |
| Reply claim construction briefs (addressing new issues raised in Synchronoss' reply brief) | Based on the Patent Local Rules, no such brief is necessary. | |
| Claim construction tutorial | One or two days prior to the claim construction hearing, or at the convenience of the Court | October 24, 2017 |

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

| Claim construction hearing (Patent L.R. 4-6) | | October 26, 2017 |
|---|---|---|

**IT IS SO STIPULATED.**

Dated: March 14, 2017

DENTONS US LLP

By: */s/ Sarah S. Eskandari*

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sarah.eskandari@dentons.com

MARK L. HOGGE (*Pro Hac Vice)*
SHAILENDRA K. MAHESHWARI (*Pro Hac Vice)*
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: mark.hogge@dentons.com
Email: shailendra.maheshwari@dentons.com
Email: nicholas.jackson@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

Dated: March 14, 2017

TAYLOR & PATCHEN, LLP

By: */s/ Christopher J. Mandernach*

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

E-mail: staylor@taylorpatchen.com
E-mail: jpatchen@taylorpatchen.com

THOMAS H.L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com

*Attorneys for Defendant*
*Dropbox, Inc.*

Dated: March 14, 2017

MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.

By: */s/ Ryan T. Beard*
Ryan T. Beard (*Pro Hac Vice*)
Dwayne K. Goetzel (*Pro Hac Vice*)
MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.
1120 S. Capital of Texas Hwy.,
Building 2, Suite 300,
Austin, Texas 78746
Direct Dial: (512) 853-8833
Facsimile: (512) 853-8801
Email: rbeard@intprop.com

Neil A. Smith (SBN 63777)
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Phone: (415) 377-9280
Facsimile: (800) 930-7271
Email: neil.smith@rimonlaw.com

*Attorneys for Defendant*
*Egnyte, Inc.*

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

Dated: March 14, 2017

DURIE TANGRI LLP

By: */s/*

DURIE TANGRI LLP
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
CATHERINE Y. KIM (SBN 308442)
ckim@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys for Defendant Funambol, Inc.*

FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: March 14, 2017

By: /s/ *Sarah S. Eskandari*
Sarah S. Eskandari

- 8 -

STIPULATION AND ~~[PROPOSED]~~ ORDER RE COORDINATED CASE SCHEDULE
CASE NOS. 4:16-CV-00119-HSG, 4:16-CV-00120-HSG, 4:16-CV-02026-HSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except that the claim construction tutorial on October 24, 2017 will be held from 10 a.m. to 12 p.m.; and the claim construction hearing will be held on November 1, 2017 from 10 a.m. to 1 p.m.

Dated: March 15, 2017

Haywood S. Gill Jr.

Honorable Haywood S. Gilliam Jr.
United States District Judge

DENTONS US LLP
1525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

- 9 -

STIPULATION AND [~~PROPOSED~~] ORDER RE COORDINATED CASE SCHEDULE
CASE NOS. 4:16-CV-00119-HSG, 4:16-CV-00120-HSG, 4:16-CV-02026-HSG