STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@taylorpatchen.com
E-mail: jpatchen@taylorpatchen.com

THOMAS H.L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH
(*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com

*Attorneys for Defendant*
*Dropbox, Inc.*

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sarah.eskandari@dentons.com

MARK L. HOGGE (*pro hac vice*)
SHAILENDRA K. MAHESHWARI
(*pro hac vice*)
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: mark.hogge@dentons.com
Email: shailendra.maheshwari@dentons.com
Email: nicholas.jackson@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Synchronoss Technologies, Inc., | Case No. 4:16-cv-00119-HSG |
| Plaintiff, | **STIPULATION & ORDER RE PAGE LIMITS FOR PARTIES' CLAIM CONSTRUCTION BRIEFS** |
| v. | |
| Dropbox, Inc., | |
| Defendant. | Honorable Haywood S. Gilliam, Jr. |

1  Plaintiff Synchronoss Technologies, Inc. and Defendant Dropbox, Inc., by and through

2  their respective counsel and subject to the Court's approval, stipulate as follows:

3  WHEREAS, on September 22, 2017, Synchronoss filed and served its Opening Claim

4  Construction Brief (Dkt. No. 144), which was 30 pages in length;

5  WHEREAS, the parties agree that it is appropriate for Dropbox to be bound by the same

6  page length in its Responsive Claim Construction Brief, which is due on October 6, 2017;

7  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND

8  BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT subject to

9  the Court's approval:

10  1) Dropbox's responsive claim construction brief shall not exceed 30 pages in length;

11  and

12  2) Synchronoss' reply claim construction brief shall not exceed 15 pages in length.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Dated: October 3, 2017

   /s/ Sarah S. Eskandari                          /s/ Jonathan A. Patchen
SARAH S. ESKANDARI (SBN 271541)          STEPHEN E. TAYLOR (SBN 058452)
DENTONS US LLP                           JONATHAN A. PATCHEN (SBN 237346)
One Market Plaza,                        TAYLOR & PATCHEN, LLP
Spear Tower, 24th Floor                  One Ferry Building, Suite 355
San Francisco, CA 94105                  San Francisco, CA 94111
Telephone: (415) 267-4000                Telephone: (415) 788-8200
Email: sarah.eskandari@dentons.com       E-mail: staylor@taylorpatchen.com
                                         E-mail: jpatchen@taylorpatchen.com

MARK L. HOGGE (*pro hac vice*)            THOMAS H.L. SELBY (*pro hac vice*)
SHAILENDRA K. MAHESHWARI                 DAVID M. KRINSKY (*pro hac vice*)
(*pro hac vice*)                          ADAM D. HARBER (*pro hac vice*)
NICHOLAS H. JACKSON (SBN 269976)         CHRISTOPHER J. MANDERNACH
DENTONS US LLP                           (*pro hac vice*)
1900 K Street, N.W.                      WILLIAMS & CONNOLLY LLP
Washington, DC 20006                     725 Twelfth Street, N.W.
Telephone: (202) 408-6400                Washington, D.C. 20005
Email: mark.hogge@dentons.com            Telephone: (202) 434-5000
Email: shailendra.maheshwari@dentons.com E-mail: tselby@wc.com
Email: nicholas.jackson@dentons.com      E-mail: dkrinsky@wc.com
                                         E-mail: aharber@wc.com
                                         E-mail: cmandernach@wc.com

*Attorneys for Plaintiff*                  *Attorneys for Defendant*
*Synchronoss Technologies, Inc.*           *Dropbox, Inc.*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  October 5, 2017

                                         HONORABLE HAYWOOD S. GILLIAM JR.
                                         UNITED STATES DISTRICT JUDGE

TAYLOR &
PATCHEN, LLP