*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>         Defendant. | Case No. 4:16-cv-00119-HSG-KAW<br><br>**STIPULATION & [PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION STATEMENT**<br><br>Date: Nov. 1, 2017<br>Time: 10:00 a.m.<br>Place: Oakland, Courtroom 2, 4th Flr.<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>         Plaintiff,<br><br>v.<br><br>EGNYTE, INC.<br><br>         Defendant. | Case No. 4:16-cv-00120-HSG-KAW<br><br>**STIPULATION & [PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION STATEMENT**<br><br>Date: Nov. 1, 2017<br>Time: 10:00 a.m.<br>Place: Oakland, Courtroom 2, 4th Flr.<br>Judge: Hon. Haywood S. Gilliam, Jr. |

# STIPULATION RE JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION STATEMENT

Plaintiff Synchronoss Technologies, Inc., Defendant Dropbox, Inc., and Defendant Egnyte, Inc., (collectively, the "Parties") by and through their respective counsel and subject to the Court's approval, stipulate as follows:

**WHEREAS**, on August 8, 2017, the Parties filed and served their Joint Claim Construction and Prehearing Statement (*See* No. 4:16-cv-119, D.I. 137; No. 4:16-cv-120, D.I. 82.);

**WHEREAS**, since filing the Joint Claim Construction and Prehearing Statement, there have been developments that the Parties deem warrant filing an amended Joint Claim Construction and Prehearing Statement;

**WHEREAS**, the Parties intent is to resolve and/or minimize the disputes at issue before the Court and narrow the dispute between Synchronoss's and Defendants' proposed constructions during the claim construction hearing set for November 1, 2017;

**WHEREAS**, the parties agree that it is appropriate to file an amended Joint Claim Construction and Prehearing Statement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, THAT** subject to the Court's approval:

1) The Parties are granted leave to file an amended joint claim construction statement.

\\
\\
\\
\\
\\

Dated this 17th day of October, 2017.

| | |
|---|---|
| */s/ Sarah S. Eskandari* | */s/ Jonathan A. Patchen* |
| SARAH S. ESKANDARI (SBN 271541) | STEPHEN E. TAYLOR (SBN 058452) |
| DENTONS US LLP | JONATHAN A. PATCHEN (SBN 237346) |
| One Market Plaza, | TAYLOR & PATCHEN, LLP |
| Spear Tower, 24th Floor | One Ferry Building, Suite 355 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | Telephone: (415) 788-8200 |
| Facsimile: (415) 267-4198 | Facsimile: (415) 788-8208 |
| Email: sarah.eskandari@dentons.com | E-mail: staylor@taylorpatchen.com |
| | E-mail: jpatchen@taylorpatchen.com |
| MARK L. HOGGE (*pro hac vice*) | |
| SHAILENDRA K. MAHESHWARI (*pro hac vice*) | THOMAS H.L. SELBY (*pro hac vice*) |
| NICHOLAS H. JACKSON (SBN 269976) | DAVID M. KRINSKY (*pro hac vice*) |
| DENTONS US LLP | ADAM D. HARBER (*pro hac vice*) |
| 1900 K Street, N.W. | CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| Washington, DC 20006 | WILLIAMS & CONNOLLY LLP |
| Telephone: (202) 408-6400 | 725 Twelfth Street, N.W. |
| Facsimile: (202) 408-6399 | Washington, D.C. 20005 |
| Email: mark.hogge@dentons.com | Telephone: (202) 434-5000 |
| Email: shailendra.maheshwari@dentons.com | Facsimile: (202) 434-5029 |
| Email: nicholas.jackson@dentons.com | E-mail: tselby@wc.com |
| | E-mail: dkrinsky@wc.com |
| *Attorneys for Plaintiff* | E-mail: aharber@wc.com |
| *Synchronoss Technologies, Inc.* | E-mail: cmandernach@wc.com |
| | |
| | *Attorneys for Defendant* |
| | *Dropbox, Inc.* |

| | |
|---|---|
| 1 | |
| 2 | */s/ Ryan T. Beard* |
| 3 | Ryan T. Beard (*Pro Hac Vice*) |
|   | Dwayne K. Goetzel (*Pro Hac Vice*) |
| 4 | **Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C.** |
|   | 1120 S. Capital of Texas Hwy., |
| 5 | Building 2, Suite 300, |
|   | Austin, Texas 78746 |
| 6 | Direct Dial: (512) 853-8833 |
|   | Facsimile: (512) 853-8801 |
| 7 | Email: rbeard@intprop.com |
| 8 | |
|   | Neil A. Smith (SBN 63777) |
| 9 | **RIMON P.C.** |
|   | One Embarcadero Center, Suite 400 |
| 10 | San Francisco, CA 94111 |
|   | Phone: (415) 377-9280 |
| 11 | Facsimile: (800) 930-7271 |
|   | Email: neil.smith@rimonlaw.com |
| 12 | |
| 13 | *Attorneys for Defendant* |
|    | *Egnyte, Inc.* |

# [PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION STATEMENT

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc., Defendant Dropbox, Inc., and Defendant Egnyte, Inc., (collectively, the "Parties") Joint Administrative Motion For Leave to File Amended Joint Claim Construction Statement. The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Joint Administrative Motion For Leave to File Amended Joint Claim Construction Statement as follows:

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:**

1) The Parties are granted leave to file an amended joint claim construction statement.

**IT IS SO ORDERED.**

DATED  10/18/2017

_(signature)_
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE