PAGES 1 – 44

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JR., JUDGE**

| | | |
|---|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | ) ) | |
| PLAINTIFF, | ) | NO. C-16-0119 HSG |
| | ) | |
| VS. | ) | TUESDAY, OCTOBER 24, 2017 |
| | ) | |
| DROPBOX, INC., | ) | OAKLAND, CALIFORNIA |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |
| SYNCHRONOSS TECHNOLOGIES, INC., | ) ) | |
| PLAINTIFF, | ) | NO. C-16-0120 HSG |
| | ) | |
| VS. | ) | |
| | ) | |
| EGNYTE, INC., | ) | TUTORIAL |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

<u>**APPEARANCES:**</u>

**FOR PLAINTIFF:**            DENTONS US LLP
                          1301 K STREET, NW, SUITE 600
                          WASHINGTON, DC 20006
                    BY:  SHAILENDRA K. MAHESHWARI, ESQUIRE

(APPEARANCES CONTINUED)

**REPORTED BY:**             DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                          OFFICIAL COURT REPORTER

TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1

 2                              DENTONS US LLP
                               1900 K STREET, NW
 3                             WASHINGTON, DC 20006
                        BY:  MARK L. HOGGE, ESQUIRE
 4                           NICHOLAS H. JACKSON, ESQUIRE

 5

 6                              DENTONS US LLP
                               ONE MARKET PLAZA,
 7                             SPEAR TOWER, 24TH FL.
                               SAN FRANCISCO, CALIFORNIA 94105
 8                      BY:  SARAH S. ESKANDARI, ESQUIRE

 9      ALSO PRESENT:          CHRISTOPHER ALPAUGH, EXPERT
                               CJJA SOLUTIONS, INC.
10

11      FOR DEFENDANT:         WILLIAMS & CONNOLLY LLP
                               725 TWELFTH STREET, N.W.
12                             WASHINGTON, DC 20005
                        BY:  ADAM D. HARBER, ESQUIRE
13                           ANKIT BAHRI, ESQUIRE

14                              TAYLOR & PATCHEN, LLP
                               ONE FERRY BUILDING, SUITE 355
15                             SAN FRANCISCO, CALIFORNIA 94111
                        BY:  KARAN S. DHADIALLA, ESQUIRE
16

17      FOR DEFENDANT          MEYERTONS, HOOD, KIVLIN,
        EGNYTE:                KOWERT & GOETZEL
18                             1120 S. CAPITAL OF TEXAS HWY
                               BUILD 2, SUITE 300
19                             AUSTIN, TEXAS 78746
                        BY:  RYAN T. BEARD, ESQUIRE
20

21      ALSO PRESENT:          MICHAEL FREEDMAN, EXPERT
                               PROFESSOR AT PRINCETON UNIVERSITY
22

23

24

25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

 1    TUESDAY, OCTOBER 24, 2017                    10:00 A.M.

 2                    P R O C E E D I N G S

 3         THE CLERK:  WE ARE CALLING C-16-00119 SYNCHRONOSS

 4    TECHNOLOGIES VERSUS DROPBOX, INC. AS WELL AS CIVIL 16-00120

 5    SYNCHRONOSS TECHNOLOGIES VERSUS EGNYTE, INC.

 6         PLEASE STEP FORWARD AND STATE YOUR APPEARANCES FOR THE

 7    RECORD, PLEASE.

 8              MR. MAHESHWARI:  GOOD MORNING, YOUR HONOR.  HOW ARE

 9    YOU?

10         I'M SHAILENDRA MAHESHWARI ON BEHALF OF PLAINTIFF

11    SYNCHRONOSS TECHNOLOGIES.

12         AND WITH ME, MARK HOGGE, SARAH ESKANDARI, NICK JACKSON,

13    WHO I DON'T THINK YOU'VE MET BEFORE.  AND THEN WE HAVE OUR

14    CORPORATE REPRESENTATIVE LEIGHTON RIDGARD WHO IS ALSO AN

15    INVENTOR ON THE PATENTS.  AND THEN OUR EXPERT, CHRISTOPHER

16    ALPAUGH.

17              THE COURT:  ALL RIGHT.  GOOD MORNING, COUNSEL.

18              MR. HARBER:  GOOD MORNING, YOUR HONOR.  ADAM HARBER

19    OF WILLIAMS & CONNOLLY FOR DROPBOX.

20         AND ALONG WITH ME AT COUNSEL TABLE TODAY IS ANKIT BAHRI

21    ALSO OF WILLIAMS & CONNOLLY, AND KARAN DHADIALLA OF TAYLOR &

22    PATCHEN IN SAN FRANCISCO, AND DR. MICHAEL FREEDMAN OF

23    PRINCETON UNIVERSITY WHO IS OUR EXPERT.

24              THE COURT:  ALL RIGHT.  GOOD MORNING.

25              MR. BEARD:  GOOD MORNING, YOUR HONOR.  BRIAN BEARD

```
1    FOR EGNYTE, INC. I'M JUST HERE BY MYSELF.

2            THE COURT:  ALL RIGHT.  WHAT, EVERYONE ELSE MISSED

3    THE BUS?

4            MR. BEARD:  THERE WAS TRAFFIC.

5            THE COURT:  ALL RIGHT.  SO WE ARE HERE FOR THE

6    TUTORIAL THIS MORNING.

7        THE ONE PRELIMINARY QUESTION I HAD ABOUT THE SCOPE OF

8    WHAT'S AT ISSUE, AND REALLY THIS IS A PREVIEW OF THE CLAIM

9    CONSTRUCTION HEARING, I NOTICED IN THE AMENDED CLAIM

10   CONSTRUCTION STATEMENT THAT THE PARTIES HAVE AGREED THAT MEDIA

11   DATA DOES NOT NEED TO BE CONSTRUED, BUT I DIDN'T SEE THAT IN

12   THE BRIEFS ANYWAY.  SO I TAKE IT THAT THAT AGREEMENT DOESN'T

13   AFFECT THE SCOPE OF THE CLAIM CONSTRUCTION BRIEFING; IS THAT

14   CORRECT?

15           MR. HARBER:  THAT'S CORRECT, YOUR HONOR.

16           MR. BEARD:  YES, YOUR HONOR.

17           THE COURT:  ALL RIGHT.  SO LET'S PROCEED WITH THE

18   TUTORIAL.

19       WHO'S GOING FIRST?

20           MR. HARBER:  YOUR HONOR?

21           MR. MAHESHWARI:  UNFORTUNATELY I THINK WE HAVE A FEW

22   HOUSEKEEPING ISSUES.  I WILL LET ADAM START, AND THEN I HAVE

23   SOMETHING TO BRING UP AS WELL.

24           THE COURT:  ARE THEY TUTORIAL-RELATED HOUSEKEEPING

25   ISSUES?
```

1          **MR. MAHESHWARI:**  YES, THEY ARE, YOUR HONOR.

2          **THE COURT:**  ALL RIGHT.

3          **MR. HARBER:**  JUST VERY BRIEFLY, YOUR HONOR.

4     WE SAW YOUR HONOR'S ORDER OF THIS MORNING REGARDING THE

5     EXPERT DECLARATION OF MR. CHRISTOPHER ALPAUGH.  AND I JUST

6     WANTED TO FLAG FOR THE COURT THAT THE EXPERT, AS WE UNDERSTAND

7     IS, PRESENTING FOR SYNCHRONOSS TODAY IS MR. ALPAUGH.

8          OBVIOUSLY YOUR HONOR DOESN'T REQUIRE A DISCLOSURE FOR

9     PRESENTING THE TECHNOLOGY TUTORIAL, SO WE DON'T HAVE AN

10    OBJECTION TO THE BACKGROUND AND WE DON'T OBVIOUSLY KNOW WHAT

11    HE'S GOING TO SAY, BUT TO THE EXTENT IT'S SORT OF A BACK-DOOR

12    ATTEMPT TO GET IN THOSE OPINIONS THAT WERE STRICKEN, WE WOULD

13    OBJECT TO THAT.  I JUST WANTED TO MAKE THAT CLEAR.

14          **THE COURT:**  THERE OUGHT TO BE NO OPINIONS WHATSOEVER

15    TODAY.

16          **MR. MAHESHWARI:**  THAT'S ACTUALLY RIGHT, YOUR HONOR.

17    AND, IN FACT, I WANT TO BRING THAT UP BECAUSE WE HAVE NO

18    INTENTION OF DOING THAT.  THIS IS A TECHNOLOGY TUTORIAL.

19    MR. ALPAUGH IS GOING TO TALK ABOUT THE TECHNOLOGY.  BUT, THEY

20    HAVE ACTUALLY SEEN OUR PRESENTATION SO THEY KNOW WHAT'S COMING

21    FORWARD, AND NOW WE'VE SEEN THEIR PRESENTATION SO WE DO HAVE A

22    LITTLE BIT OF AN ISSUE.

23          YOUR PARAGRAPH 8 IN YOUR STANDING ORDER SAYS THAT THERE'S

24    NOT SUPPOSED TO BE OPINIONS RENDERING CLAIM CONSTRUCTION IN

25    THIS TECHNOLOGY TUTORIAL.

1          I WOULD DIRECT YOU TO SLIDE 28, FOR EXAMPLE, IN THEIR

2     PRESENTATION.  THIS ENTIRE PRESENTATION IS ABOUT CLAIM

3     CONSTRUCTION.  AND THAT'S NOT WHAT WE ARE SUPPOSED TO BE HERE

4     FOR.  SO I WOULD JUST LIKE TO MAKE AN OBJECTION ON THE RECORD

5     ABOUT THAT.  WE HAVE THAT TIME SET ASIDE NEXT WEEK, AND WE

6     WANT TO JUST TALK TO YOU ABOUT THE TECHNOLOGY.

7               **THE COURT:**  WHAT IS THE RESPONSE?

8               **MR. HARBER:**  WELL, YOUR HONOR, WE'VE TAKEN PAINS,

9     OBVIOUSLY, IN PREPARING THIS NOT TO BE ARGUMENTATIVE AND NOT

10    TO PRESENT OPINIONS ON CLAIM CONSTRUCTION.  OBVIOUSLY IN

11    TALKING ABOUT THE BACKGROUND OF THE PATENT AND SOME OF THE

12    ISSUES THAT ARE DISCUSSED -- YOU KNOW, I AM LOOKING AT, I

13    BELIEVE, WE ARE POINTING TO SLIDE 28.  I AM NOT SURE THAT'S A

14    QUOTE FROM THE SPECIFICATION, SO I'M NOT SURE EXACTLY WHAT THE

15    ISSUE IS WITH RESPECT TO THAT.

16              **MR. MAHESHWARI:**  THAT'S FINE.  IT IS A QUOTE FROM THE

17    SPECIFICATION.  THAT'S FINE.  BUT IT IS ALSO A TERM AT ISSUE.

18    AND I DON'T UNDERSTAND HOW THAT'S GOING TO BE PRESENTED IN

19    TERMS OF TECHNOLOGY.  BECAUSE THAT'S ACTUALLY NOT REQUIRED TO

20    TALK ABOUT THE TECHNOLOGY.

21         SO, ANYWAY, THAT'S -- YOUR HONOR, I JUST WANT TO POINT

22    THAT OUT THAT THERE IS GOING TO BE -- THAT'S NOT JUST SLIDE

23    28, BY THE WAY.  THAT'S THE ENTIRETY OF THE PRESENTATION.

24    THERE ARE BASICALLY DISCUSSIONS ABOUT CLAIM CONSTRUCTION

25    THROUGH THIS ENTIRE THING.  I JUST WANT TO BRING THAT UP

1    BECAUSE WE CAME HERE TODAY TO TALK ABOUT THE TECHNOLOGY.

2            **THE COURT:**  ALL RIGHT.  UNDERSTOOD.

3        LOOK, LET'S NOT TRY TO WIN THE TECHNOLOGY TUTORIAL.  YOU

4    KNOW WHAT I WANT AND DON'T WANT.  IF I HEAR IT, AND THE WAY IT

5    COMES IN IS A PREVIEW OF YOUR CLAIMS CONSTRUCTION ARGUMENT,

6    I'M GOING TO CUT YOU OFF.  YOU DON'T WANT THAT.  SO CONDUCT

7    YOURSELF ACCORDINGLY.

8            **MR. HARBER:**  UNDERSTOOD, YOUR HONOR.  THANK YOU.

9            **MR. MAHESHWARI:**  THANK YOU, YOUR HONOR.

10           **THE COURT:**  ALL RIGHT.

11           **MR. MAHESHWARI:**  ON THAT BASIS, YOUR HONOR, I WOULD

12   LIKE TO INTRODUCE CHRISTOPHER ALPAUGH.  HE IS OUR EXPERT

13   WITNESS.  HE IS GOING TO GIVE YOU THIS TECHNOLOGY TUTORIAL.

14       HE IS A GRADUATE OF MCGILL UNIVERSITY, COMPUTER SCIENTIST.

15   HAS BEEN PRACTICING FOR OVER 20 YEARS SOFTWARE DEVELOPMENT AND

16   DESIGN.  ESPECIALLY RIGHT HERE IN OAKLAND IN ORACLE FOR MANY

17   YEARS.  AND HE BUILT ENTERPRISE DATA SYNCHRONIZATION

18   SOLUTIONS, AND HE HAS DESIGNED SEVERAL CLIENT-SERVER

19   TECHNOLOGY AS WELL RELATED TO THIS TECHNOLOGY.

20       SO HE IS SOMEBODY THAT WE BELIEVE CAN BRING THIS DOWN,

21   HOPEFULLY, TO MY LEVEL WHERE I CAN ACTUALLY UNDERSTAND IT, AND

22   GO FROM THERE.

23       SO, CHRISTOPHER, PLEASE.

24           **MR. ALPAUGH:**  GOOD MORNING, YOUR HONOR.

25           **THE COURT:**  GOOD MORNING.

1      **MR. ALPAUGH:**  CHRISTOPHER ALPAUGH.  I AM GOING TO

2   PRESENT A TECHNOLOGY OVERVIEW OF THE TECHNOLOGY THAT IS AT

3   ISSUE TODAY.

4      I THINK I'M READY TO HAVE THE SLIDES.  CAN WE TURN ON

5   THE --

6      **THE CLERK:**  I KNOW MY PART.

7      **MR. ALPAUGH:**  PERFECT.  EXCELLENT.

8      THIS IS THE TECHNOLOGY AT ISSUE, AND IT'S CONCERNING THE

9   INVENTIONS AND THE PATENTS THAT ARE AT ISSUE.  I'M GOING TO

10  START BY EXPLAINING THE VISION FOR THE TECHNOLOGY, THE

11  PROBLEMS THAT THIS TECHNOLOGY ATTEMPTED TO SOLVE, AND NEXT I

12  AM GOING TO DEMONSTRATE THE BASICS OF THE TECHNOLOGY

13  ARCHITECTURE, FOLLOWED BY SOME DETAIL ON THE UNIQUE ASPECTS OF

14  THESE TECHNICAL SOLUTIONS, AND FINALLY I WILL SHOW EXAMPLES OF

15  REAL-WORLD PRODUCTS SYNCHRONOSS HAS CREATED AND DEPLOYED USING

16  THE TECHNOLOGY AT ISSUE.

17     SO I WOULD LIKE TO START WITH THE ORIGINAL VISION THAT

18  FUSION ONE HAD WHEN THEY INVENTED THIS TECHNOLOGY.  ONE OF THE

19  PROBLEMS THAT WAS ENCOUNTERED BACK IN THE '90S WAS THE NEED TO

20  HAVE DOCUMENTS AND DATA AVAILABLE ON MORE THAN ONE PHYSICAL

21  COMPUTER OFTEN AT DIFFERENT LOCATIONS.

22     FOR EXAMPLE, AN EMPLOYEE MIGHT HAVE A COMPUTER AT THEIR

23  OFFICE AND ONE AT HOME.  IF THEY WANTED TO WORK ON A DOCUMENT,

24  THEY MIGHT COPY THE DOCUMENT ONTO A FLOPPY DRIVE, TAKE THE

25  DOCUMENT WITH THEM, LOAD THE DOCUMENT ON THEIR HOME COMPUTER,

1    WORK ON THE DOCUMENT, COPY IT BACK, TAKE IT BACK TO THE

2    OFFICE, AND THAT WAS A WAY OF SYNCHRONIZING THE DOCUMENT, THE

3    CHANGES YOU MADE TO THE DOCUMENTS BETWEEN TWO PHYSICALLY

4    DISCONNECTED COMPUTERS.

5        ANOTHER EARLY ATTEMPT AT A SOLUTION OF HAVING DATA ON

6    MULTIPLE DEVICES WAS TO DIRECTLY CONNECT THE DEVICES WITH A

7    CABLE.  FOR EXAMPLE, IF YOU HAD A PDA, LIKE A PALM PILOT,

8    PHYSICALLY CONNECT YOUR PALM PILOT TO YOUR LAPTOP WITH A

9    CABLE.  AND IF YOU'VE MADE CHANGES TO DATA, FOR EXAMPLE, ADDED

10   AN ADDRESS IN YOUR ADDRESS BOOK, YOU WOULD THEN SYNCHRONIZE

11   THOSE CHANGES TO THE ADDRESS BOOK ON YOUR LAPTOP VIA THE

12   CABLE.

13       IF SUBSEQUENTLY YOU MADE CHANGES ON YOUR LAPTOP TO

14   RELEVANT DATA, THEN YOU NEED IT ON YOUR PALM PILOT, THAT DATA

15   CAN THEN BE SYNCHRONIZED AND SENT VIA A PHYSICAL CABLE BACK TO

16   YOUR PDA DEVICE.

17       SO THESE WERE TWO SORT OF DIFFERENT SOLUTIONS THAT WERE

18   AVAILABLE AT THE TIME TO THE PROBLEM OF SYNCHRONIZING DATA

19   ACROSS THE MULTIPLE DEVICES.  AND THIS WAS REFERRED TO AS

20   POINT-TO-POINT SYNCHRONIZATION.

21       SO SYNCHRONOSS THOUGHT ABOUT THIS HARD, AND THEY CAME UP

22   WITH AN INNOVATIVE SOLUTION THAT IS KNOWN AS STORE AND FORWARD

23   SYNCHRONIZATION.  SO THE BASIC IDEA BEHIND STORE AND FORWARD

24   SYNCHRONIZATION IS TO HAVE A CENTRAL NETWORK REPOSITORY TO

25   STORE DATA AND A SYSTEM TO MANAGE AND FORWARD THIS DATA TO

1    MULTIPLE DEVICES.  SO THE IDEA BEING THAT A SINGLE USER MIGHT

2    HAVE SEVERAL DEVICES CAPABLE OF VIEWING AND EDITING DATA, AND

3    ALL THOSE DEVICES SHOULD BE SYNCHRONIZED.

4        EVEN IF THOSE DEVICES AREN'T PHYSICALLY IN THE SAME

5    LOCATION, EVEN IF THEY'RE NOT POSSIBLE TO PHYSICALLY CONNECT

6    THEM, IT WAS DEFINITELY CONSIDERED ADVANTAGEOUS TO BE ABLE TO

7    HAVE YOUR DATA AVAILABLE ON ALL THESE DEVICES.

8        SO THE BASIC CONCEPT STORE AND FORWARD IS YOU HAVE DATA,

9    FOR EXAMPLE, IN THIS SCENARIO ON YOUR LAPTOP AND YOU FORWARD

10   YOUR DATA TO A CENTRALIZED PERSONAL INFORMATION STORE THAT

11   COULD BE ON A CENTRAL SERVER, AND THE MANAGEMENT SYSTEM IS

12   ABLE TO KEEP TRACK OF BOTH THE PREVIOUS AND THE CURRENT STATE

13   OF THE DATA.

14       SO THE INNOVATION IS THEN, THE NEW STATE OF THAT DATA AND

15   THE DIFFERENCES CONTAINED IN THAT STATE CAN THEN BE FORWARDED

16   AND SYNCHRONIZED TO ANOTHER DEVICE, FOR EXAMPLE.  MOBILE PHONE

17   IN THIS EXAMPLE.  SUBSEQUENTLY THOSE DIFFERENCES CAN THEN ALSO

18   BE FORWARDED AND SYNCHRONIZED TO OTHER DEVICES THAT ARE OF

19   INTEREST TO THAT USER.

20       ANOTHER EXAMPLE OF THIS INNOVATION IS THE ABILITY TO

21   FORWARD ONLY THE DIFFERENCES WHEN YOU'VE CHANGED DATA.  SO IN

22   THIS EXAMPLE, WE HAVE ADDED SOME NEW DATA ON THE LAPTOP, AND

23   JUST THE DIFFERENCES ARE SENT TO THE CENTRAL REPOSITORY, AND

24   THEN JUST THOSE DIFFERENCES ARE THEN SENT TO ANOTHER ONE OF

25   THE USER'S DEVICES.  AND SUBSEQUENTLY JUST THOSE DIFFERENCES

1    CAN THEN BE SENT TO ADDITIONAL DEVICES THAT ARE ALSO

2    AUTHORIZED AND AUTHENTICATED TO THAT PARTICULAR USER.

3        SO NOW A USER IS ABLE TO HAVE MULTIPLE DEVICES, NOT JUST

4    TWO THAT ARE PHYSICALLY CONNECTED DIRECTLY TOGETHER OR

5    CONNECTED BY SOME KIND OF A PORTABLE DISK UNIT, AND THIS

6    BECAME EXTREMELY USEFUL.

7        SO I WOULD LIKE TO PRESENT A LITTLE BRIEF OVERVIEW OF THE

8    ARCHITECTURE BEHIND THIS BECAUSE THE CONCEPT IS QUITE

9    STRAIGHTFORWARD, BUT WHAT ACTUALLY IS REQUIRED IN THE

10   TECHNOLOGY TO ACHIEVE THIS LEVEL OF SIMPLICITY FOR THE USER IS

11   A LITTLE BIT MORE COMPLICATED.  BUT I'M GOING TO TRY TO

12   EXPLAIN IT AS EASY AS IS POSSIBLE.

13       SO THE INVENTION STORE AND FORWARD SYNCHRONIZATION CENTRAL

14   SERVER REPRESENTED BY THAT CLOUD IN THE MIDDLE, WE'LL CALL IT

15   A PERSONAL INFORMATION STORE, CONNECTING VIA ANY KIND OF

16   NETWORK CONNECTION THAT'S AVAILABLE TO A VARIETY OF DEVICES.

17       I WOULD LIKE TO POINT OUT AT THIS POINT YOU SEE THERE'S A

18   DIFFERENT -- ALL THESE DEVICES HAVE DIFFERENT CAPABILITIES,

19   BOTH IN TERMS OF THE KIND OF CONTENT YOU WOULD TYPICALLY

20   RENDER ON THEM, THEIR CAPABILITIES IN TERMS OF COMPUTING

21   POWER, AND THEIR CAPABILITIES IN TERMS OF NETWORKING AND

22   NETWORK BANDWIDTH.  AND PARTICULARLY BACK IN THE '90S AND

23   EARLY 2000'S, NETWORK BANDWIDTH WAS CONSIDERED EXTREMELY

24   LIMITED, VERY EXPENSIVE, AND IT WAS EXTREMELY IMPORTANT TO BE

25   VERY EFFICIENT IN HOW YOU MADE USE OF THE AVAILABLE NETWORK

```
1    BANDWIDTH SO THAT YOU COULD MAXIMIZE THE SORT OF USEFULNESS OF

2    HAVING YOUR DATA EVERYWHERE BUT MINIMIZING HOW MUCH ACTUAL

3    DATA NEEDS TO BE TRANSMITTED TO ACHIEVE THIS.

4        SO THIS IS A TYPICAL USE CASE THAT WILL EXPLAIN A BIT MORE

5    ABOUT THE ARCHITECTURE.  SO WE CAN SEE HERE THAT MOLLY HAS A

6    LAPTOP WITH A VARIETY OF DATA TYPES ON IT, INCLUDING PHOTOS

7    AND AUDIO CLIPS, PDF DOCUMENTS.

8        THIS DATA WOULD BE SYNCHRONIZED TO MOLLY'S PERSONAL

9    INFORMATION SPACE, AND NOW ALL THAT DATA THAT HAS BEEN

10   SELECTED ON THAT PARTICULAR DEVICE HAS BEEN SYNCHRONIZED INTO

11   A CENTRAL INFORMATION SPACE, WHICH IS TYPICALLY ON SOME KIND

12   OF A SERVER.

13       SO IF MOLLY HAS A TABLET, THAT TABLET -- SHE'S ALSO

14   INTERESTED IN HAVING THE SAME DATA AVAILABLE BUT MAYBE NOT

15   EVERYTHING.  SO, IN THIS CASE, FOR EXAMPLE, MOLLY HAS CHOSEN

16   NOT TO SYNCHRONIZE HER WORD DOCUMENT BECAUSE SHE'S NEVER GOING

17   TO DO WORD DOCUMENT ON THAT TABLET, BUT SHE DEFINITELY WANTS

18   HER PHOTOS AND VIDEOS, AND HER PDF FILES, AUDIO AND NOTES.

19       SUBSEQUENTLY SHE MIGHT CONNECT ANOTHER DESKTOP.  IT CAN BE

20   AN OFFICE COMPUTER OR HOME COMPUTER.  AND IN THIS CASE, NOT

21   INTERESTED IN AUDIO CLIPS OR NOTES AT ALL, JUST DOCUMENTS,

22   PHOTOS, AND PDF'S.

23       SHE CONNECTS HER MOBILE PHONE.  AND, AGAIN, NOT INTERESTED

24   IN PDF'S OR WORD DOCUMENTS, BUT JUST REALLY PHOTOS, ANY KIND

25   OF AUDIO CLIPS THAT SHE'S RECORDED, AND HER HANDWRITTEN NOTES.
```

1        AND SHE MIGHT ALSO CONNECT TO A -- SOME ONLINE SERVICES.

2   IN THIS CASE SHE IS CONNECTED TO FLICKR, AND SHE'S DECIDED SHE

3   WANTS TO MAKE SURE SHE KEEPS HER PHOTOS AND VIDEOS

4   SYNCHRONIZED TO THAT SERVICE.  AND THAT SERVICE IS BASICALLY

5   TREATED AS A DEVICE THAT'S PART OF MOLLY'S COLLECTION OF

6   DEVICES.

7        SO AT THIS POINT WE CAN SEE ALL THE DATA THAT IS OF

8   RELEVANCE TO MOLLY IS NOW AVAILABLE AND SYNCHRONIZED ACROSS

9   ALL OF HER DEVICES AND SERVICES THAT ARE RELEVANT TO HER.

10       SO NOW SHE STARTS USING HER CELL PHONE.  AS WE ALL DO, SHE

11  STARTS TAKING SOME -- SNAPPING SOME PHOTOS.  SHE RECORDS AN

12  AUDIO NOTE TO HERSELF.  SHE MAKES A NOTE IN THE NOTEPAD

13  APPLICATION.

14       SO NOW THERE'S NEW CONTENT ON THAT MOBILE PHONE.  SO YOU

15  CAN SEE HERE THE DIFFERENCES TO THE CONTENT BETWEEN WHAT WAS

16  ON THE PHONE AND WHAT WAS STORED IN HER PERSONAL INFORMATION

17  SPACE HAVE NOW BEEN FORWARDED AND SYNCHRONIZED TO HER PERSONAL

18  INFORMATION SPACE.

19       AND THEN SUBSEQUENTLY, THE CONTENT THAT'S RELEVANT TO ALL

20  OF HER OTHER DEVICES IS THEN FORWARDED AND SYNCHRONIZED, JUST

21  THE DIFFERENCES, TO ALL OF HER OTHER DEVICES.

22       NOW ANOTHER POTENTIAL PROBLEM THAT NEEDED TO BE SOLVED IS

23  WHAT HAPPENS IF YOUR DEVICES AREN'T ALWAYS CONNECTED.  SO YOU

24  MAY TURN YOUR DEVICE OFF, YOU MIGHT BE ON AN AIRPLANE, BATTERY

25  RUNS LOW.  SO WE CAN SEE HERE THE TABLET IS NOW NOT CONNECTED

1    TO ANY NETWORK.  SO WHEN WE DO A SYNCHRONIZATION AND FORWARD

2    DIFFERENCES TO THE DEVICES, WE CAN SEE THAT ALL OF THE DEVICES

3    EXCEPT THE TABLET ARE IN SYNC.  THE TABLET IS NOT IN SYNC.  IT

4    MIGHT NOT HAVE EVERYTHING.  BUT THAT'S OKAY BECAUSE THE

5    MANAGEMENT SERVER IS AWARE OF THIS AND IT KNOWS THAT DEVICE

6    HAS NOT CONNECTED AND DOESN'T HAVE ALL OF THE LATEST CHANGES.

7    BUT IT WILL GET THOSE CHANGES THE NEXT TIME IT'S AVAILABLE TO

8    CONNECT.

9        AND MOLLY DOESN'T HAVE TO WORRY.  IF YOU GET ON A PLANE

10   AND YOUR DEVICE IS ON AIRPLANE MODE, WHEN YOU GET OFF THE

11   PLANE AND TURN IT BACK ON, THE DIFFERENCES THAT NEED TO BE

12   SENT TO THAT PARTICULAR DEVICE CAN THEN BE SENT TO IT FROM THE

13   MANAGEMENT SERVER.

14       SO THIS REALLY -- THIS TECHNOLOGY ACHIEVED A LEVEL OF

15   SYNCHRONIZATION THAT WAS JUST NOT PREVIOUSLY AVAILABLE.

16       **THE COURT:**  AND THE DIFFERENCE, WHEN YOU SAY IT

17   WASN'T PREVIOUSLY AVAILABLE, IS THAT THE SYNCHRONIZATION IS

18   ONLY OF DIFFERENCES AS OPPOSED TO ENTIRE RE-COPYING OF THE

19   ENTIRE DATA SET?

20       **MR. ALPAUGH:**  THAT'S CORRECT, YOUR HONOR.

21       AND, AGAIN, I EMPHASIZE, IT WAS REALLY EXTREMELY IMPORTANT

22   TO BE VERY CAREFUL ABOUT HOW YOU WERE USING YOUR NETWORK DATA

23   AND YOUR BANDWIDTH.  IT WAS JUST SO EXPENSIVE TO TRANSMIT;

24   THAT WHEN YOU HAD A CELLULAR PHONE IN THE '90S AND YOU WANTED

25   TO SYNCHRONIZE YOUR CONTACTS TO THAT, IT WOULD HAVE BEEN

1    INTERESTING TO BE ABLE TO SYNCHRONIZE JUST CHANGES TO A

2    SPECIFIC PHONE NUMBER OR IF I MISSPELLED SOMEONE'S NAME, I

3    COULD JUST SEND THAT PIECE OF DIFFERENCE INFORMATION TO IT.

4        IF I HAD TO DO SOMETHING LIKE TRANSMIT THE ENTIRE ADDRESS

5    BOOK EVERY TIME I UPDATED ONE PHONE NUMBER, THAT WOULD BE JUST

6    MUCH TOO EXPENSIVE AND IT WOULD TAKE TOO LONG.  THE USER

7    EXPERIENCE WOULDN'T BE GOOD.  SO THE CONCEPT OF SYNCHRONIZING

8    AND BEING ABLE TO JUST EXCHANGE DIFFERENCE INFORMATION WAS

9    DEFINITELY INNOVATIVE AND IT REALLY CHANGED HOW YOU COULD

10   MANAGE A COLLECTION OF MULTIPLE DEVICES.

11       I AM GOING TO JUST GIVE YOU A LITTLE BIT MORE DETAIL INTO

12   THE FLOW OF WHAT HAPPENS WHEN YOU DO THIS.  SO I'VE TALKED

13   ABOUT SYNCHRONIZING AND FORWARDING DATA.  SO WHAT EXACTLY IS

14   HAPPENING?

15       SO WHEN A DEVICE CONNECTS TO THE SERVER, YOU START BY

16   BASICALLY AUTHENTICATING THE DEVICE, LOGGING IN AND

17   IDENTIFYING WHAT THE DEVICE IS AND MAKING SURE IT'S

18   AUTHENTICATED TO CONNECT.

19       THE SERVER IS THEN ABLE TO DETERMINE WHETHER THAT DEVICE

20   HAS A CURRENT, UP-TO-DATE COPY OF ALL OF THE RELEVANT DATA.

21   IN THIS CASE, IT'S DECIDED IT NEEDS A BUNCH OF DATA, WORD

22   DOCUMENTS, VIDEOS, PHOTOS, AND AUDIO CLIPS.  AND THOSE PIECES

23   OF DATA ARE SYNCHRONIZED TO THE DEVICE.

24       NOW, THE SERVER WILL THEN HAVE THE OPTION OF ASKING THAT

25   DEVICE, IS THERE ANY OTHER INFORMATION THAT YOU HAVE ON THAT

```
1    DEVICE THAT SHOULD BE SYNCHRONIZED TO THE SERVER?  SO THE
2    DEVICE CAN SCAN FOR DELTAS.  A DELTA IS A DIFFERENCE.  AND IN
3    THIS CASE, THE DEVICE SAYS, YES, THERE ARE SOME ADDITIONAL
4    DELTAS.  I HAVE SOME INFORMATION THAT WAS CREATED ON THIS
5    LAPTOP THAT WASN'T PRESENT IN WHAT YOU SYNCHRONIZED FROM THE
6    SERVER.
7        SO YOU CAN SEE AT THE BOTTOM THERE ARE FOUR NEW NOTES.  SO
8    JUST THOSE FOUR NOTES REPRESENTING A DIFFERENCE IN INFORMATION
9    ARE THEN SYNCHRONIZED ONTO THE SERVER FROM THE DEVICE.  SO
10   WHAT THAT -- WHAT THAT DOES NOW IS GUARANTEES THAT THIS DEVICE
11   AND THE COPY THAT'S STORED IN THE CENTRAL SERVER REPOSITORY
12   ARE NOW IDENTICAL.
13       SO NOW I'M GOING TO TALK A LITTLE BIT MORE ABOUT
14   DIFFERENCING.  I HAVE BEEN USING THAT TERMINOLOGY TO EXPLAIN
15   THE TECHNOLOGY.  SO WHAT EXACTLY DO I MEAN BY DIFFERENCING?
16       SO, AS I MENTIONED, IT WAS REALLY CRITICAL TO CONSERVE
17   BANDWIDTH AND BE VERY EFFICIENT WHEN YOU WERE SYNCHRONIZING
18   DATA OVER THE NETWORKS.  SO THE CONCEPT IS QUITE SIMPLE TO
19   EXPLAIN.
20       HERE WE HAVE TWO LAPTOPS WITH A PHOTOGRAPH.  AND THAT
21   ORIGINAL PHOTOGRAPH, WE HAVE SYNCHRONIZED IT AND THE SAME
22   EQUIVALENT REPRESENTATION OF THE PHOTO IS ON BOTH DEVICES.
23       IF WE NOW MAKE A MODIFICATION TO THE PHOTO ON ONE DEVICE,
24   WE CAN SEE THAT WE'VE DONE THIS MODIFICATION.  SO WE HAVE THE
25   ORIGINAL VERSION OF THE PHOTO, WE HAVE AN UPDATED VERSION.
```

1    SOMEONE HAS DEFACED MONA LISA IN VERY IMPORTANT TASTE.  AND WE

2    CAN SEE THAT THE DIFFERENCE BETWEEN THOSE TWO PHOTOGRAPHIC

3    REPRESENTATIONS IS THIS MUSTACHE.  SO WE CAN CONSIDER THIS

4    DIFFERENCE INFORMATION.

5        AND THEN SUBSEQUENTLY THAT DIFFERENCE INFORMATION CAN BE

6    SYNCHRONIZED TO THE CENTRAL REPOSITORY AND SUBSEQUENTLY THAT

7    DIFFERENCE INFORMATION CAN BE SYNCHRONIZED TO ANOTHER DEVICE.

8    SO THIS IS A VERY EFFICIENT WAY OF ACHIEVING EQUIVALENTS

9    BETWEEN MULTIPLE DEVICES.

10        **THE COURT:**  IS THE PRIOR UNALTERED VERSION MAINTAINED

11    IN THE CENTRAL REPOSITORY?

12        **MR. ALPAUGH:**  THE CENTRAL REPOSITORY IS ABLE TO

13    DETERMINE SORT OF THE PRIOR AND THE CURRENT VERSION.

14        SO HOW EXACTLY IT MAINTAINS THAT, WHETHER IT IS WITH

15    VERSIONS IS NOT SPECIFIED IN HERE.  WHAT IT IS ABLE TO SAY IS,

16    YES, THIS DEVICE 2 DID NOT HAVE THIS PARTICULAR DIFFERENCE.

17    SO I NEED TO SEND THIS DIFFERENCE TO MAKE SURE DEVICE 2 NOW

18    HAS THE EQUIVALENT REPRESENTATION.

19        AGAIN, THERE'S SO MANY DIFFERENT WAYS THAT THAT CAN BE

20    DONE.  IT COULD BE JUST AN INSTRUCTION.  IT COULD BE I'VE

21    CHANGED SOME PIXELS IN A PARTICULAR IMAGE.  IT COULD BE JUST

22    PLEASE ADD A MUSTACHE AT LOCATION 42 OF THIS IMAGE.  SO

23    WHATEVER IS REQUIRED TO SEND THAT AND COMMUNICATE THAT

24    DIFFERENCE IS THE DIFFERENCE INFORMATION.

25        ANOTHER SORT OF A COMMENT I WILL MAKE HERE IS, WHEN YOU

```
 1   HAVE DEVICES OF VARYING CAPABILITIES, SO YOU MIGHT HAVE A
 2   LAPTOP WITH A VERY HIGH RESOLUTION SCREEN AND YOU MIGHT HAVE A
 3   CELLULAR PHONE WITH A MUCH LESS CAPABILITY SCREEN, YOU MAY NOT
 4   KEEP EXACTLY, THE EXACTLY IDENTICAL FILE ON THAT, BUT YOU DO
 5   KEEP AN EQUIVALENT REPRESENTATION.
 6       SO I THINK EVEN TECHNOLOGIES LIKE ICLOUD, YOU HAVE THE
 7   ABILITY TO SAY I WANT TO KEEP MY PHOTOS ON MY PHONE, BUT I
 8   DON'T NEED TO HAVE THE ORIGINAL.  I JUST WANT TO HAVE A
 9   REPRESENTATION OF THEM THAT MAKES SENSE BECAUSE I DON'T HAVE
10   THE CAPABILITY OF VIEWING A 16-MEGAPIXEL PHOTO ON MY PHONE
11   DISPLAY, SO I DON'T NEED TO STORE THE WHOLE THING, BUT I DO
12   WANT TO HAVE AN EQUIVALENT COPY ON THAT DEVICE.
13       SO HERE WE JUST SEE THAT NOW WE HAVE EQUIVALENTS.  SO NOW
14   WE HAVE SYNCHRONIZED THE DIFFERENCE INFORMATION AND ACHIEVED
15   THE EQUIVALENTS BETWEEN MULTIPLE DEVICES VERY EFFICIENTLY.
16       SO WE TALK ABOUT THE PERSONAL INFORMATION SPACE, CENTRAL
17   REPOSITORIES, IT'S MUCH MORE THAN JUST A PHYSICAL STORAGE
18   DEVICE.  IT'S -- ACTUALLY THERE'S TECHNOLOGY THAT MANAGES THAT
19   STORAGE, RESPONSIBLE FOR AUTHENTICATING AND IDENTIFYING USERS,
20   AUTHORIZING DEVICES, COORDINATING THE FLOW OF INFORMATION IN
21   AND OUT OF THE PERSONAL INFORMATION SPACE, DEALING WITH
22   BANDWIDTH CONSIDERATIONS, DEALING WITH DISCONNECTED DEVICES.
23       SO WE WILL JUST TALK BRIEFLY ABOUT SOME OF THESE
24   COMPONENTS OF THIS PARTICULAR ASPECT OF THE TECHNOLOGY.
25       SO IN THIS SLIDE WE CAN SEE A USER HAS A -- IS GOING TO
```

1    CREATE A NEW ACCOUNT.  SO THIS IS CALLED USER IDENTIFICATION.

2    SO THEY CREATE AN ACCOUNT.  THAT ACCOUNT INFORMATION STORED IN

3    THE MANAGEMENT SERVER.  SUBSEQUENTLY THEY ARE ABLE TO

4    AUTHENTICATE TO THAT SERVER AND THE SERVER WILL RECOGNIZE THAT

5    THAT DEVICE IS AUTHENTICATED.

6        SO WE TALK ABOUT IDENTIFICATION AND AUTHENTICATION; THESE

7    ARE THINGS VERY OFTEN USED IN THE SAME SENTENCE EVEN.  THEY

8    ARE SLIGHTLY DIFFERENT, BUT THEY ARE DEFINITELY RELATED.  YOU

9    CAN'T HAVE REALLY ONE USE WITHOUT THE OTHER.  YOU DEFINITELY

10   HAVE TO BE ABLE TO IDENTIFY BOTH THE USER AND A DEVICE, BUT

11   YOU ALSO NEED TO AUTHENTICATE.

12       IT'S SORT OF LIKE IF YOU GO TO A BANK, AND YOU PRESENT

13   YOUR BANK CARD AS YOUR IDENTIFICATION.  BUT TO AUTHENTICATE

14   THAT IT'S YOU, YOU TYPE YOUR PEN.  ONCE YOU HAVE DONE THAT,

15   YOU ARE NOW BOTH IDENTIFIED AND AUTHENTICATED.  YOU STILL MAY

16   NOT BE AUTHORIZED TO DO EVERYTHING YOU WANT SO YOU WILL HAVE A

17   LIST OF BANK ACCOUNTS, AND THE SPECIFICS OF THAT WILL

18   DETERMINE WHAT YOUR ACTUAL AUTHORIZATIONS ARE, BUT YOU

19   DEFINITELY THEY NEED TO KNOW WHO YOU ARE AND THEY NEED TO MAKE

20   SURE THAT YOU ARE WHO YOU SAY YOU ARE.

21       ANOTHER ASPECT OF THE MANAGEMENT SERVER IS -- I TALKED

22   ABOUT IS MANAGING THE FLOW OF DATA.  WE WILL CALL IT

23   ORCHESTRATION.  SO HERE WE HAVE A -- JOHN HAS A LAPTOP THAT

24   HAS BEEN AUTHENTICATED TO THE MANAGEMENT SERVER.  THE

25   MANAGEMENT SERVER DETERMINES THAT THERE ARE SOME NEW PIECES OF

1    DATA EXISTING IN THE SERVER NOT UP TO DATE ON THE LAPTOP.  ONE

2    NEW WORD DOCUMENT, ONE OF HIS NOTES IS EDITED.  SUBSEQUENTLY

3    THOSE DIFFERENCES ARE SYNCHRONIZED TO THE LAPTOP.  AND NOW

4    THAT LAPTOP IS CONSIDERED IN SYNC.

5        FOLLOWING THAT, ANOTHER PART OF THE ORCHESTRATION WILL BE

6    TO ASK THAT DEVICE FOR ANY DIFFERENCES SO THE DEVICE CAN

7    PERFORM AN OPERATION TO DETERMINE IF THERE'S ANY DIFFERENCES

8    AND, INDEED, IN THIS CASE THERE ARE.  AND THOSE DIFFERENCES

9    CAN THEN BE SYNCHRONIZED TO THE CENTRAL INFORMATION STORE.

10   SUBSEQUENTLY PART OF THE ORCHESTRATION IS TO ENSURE THAT THOSE

11   DIFFERENCES ARE TRANSMITTED BY SYNCHRONIZATION TO THE OTHER

12   APPROPRIATE AUTHENTICATED DEVICES THAT BELONG TO JOHN.

13       SO I'M GOING TO JUST GO OVER A FEW EXAMPLES OF EMBODIMENTS

14   OF THIS, OF THIS TECHNOLOGY.  THESE ARE ALL EXAMPLES OF THE

15   SAME TECHNOLOGY AND JUST WAYS THAT IT CAN ACTUALLY BE PUT

16   TOGETHER.

17       SO IN THIS FIRST EXAMPLE, I'LL CALL IT BACKUP.  AND BACKUP

18   IS REALLY, IT'S A SPECIAL CASE OF SYNCHRONIZATION THAT'S

19   TYPICALLY ONE WAY.  SO WHEN YOU HAVE A DEVICE AND YOU WANT TO

20   PRESERVE THE DATA, YOU WILL BACK UP THAT DATA SOMEWHERE.  AND

21   IF YOU MAKE CHANGES TO IT, YOU CAN UPDATE YOUR BACKUP.

22       SO STAN HAS A MOBILE PHONE.  HE MAKES A SYNCHRONIZATION TO

23   THE PERSONAL INFORMATION SPACE.  AND HE MIGHT HAVE THIS ON A

24   SCHEDULE.  THIS MIGHT SYNCHRONIZE EVERY DAY, IT MIGHT BE

25   AUTOMATIC, IT MIGHT BE EVERY TIME SOMETHING CHANGES.  HE

1    USUALLY WOULDN'T HAVE TO WORRY ABOUT THIS.  HE JUST KNOWS A

2    CURRENT COPY OF HIS DATA IS AVAILABLE ON THE CENTRAL

3    REPOSITORY.

4         SO STAN LOSES HIS PHONE, BUT LUCKILY ALL OF THE DATA THAT

5    WAS ON THAT PHONE HAS BEEN STORED IN HIS PERSONAL INFORMATION

6    SPACE.  SO WHEN HE GETS A NEW PHONE, THAT DATA CAN BE

7    SYNCHRONIZED BY A RESTORER TO HIS NEW PHONE.  SO NOW ALL THE

8    CONTENT THAT WAS RELEVANT TO STAN IS AVAILABLE ON HIS NEW

9    DEVICE.

10        ANOTHER EMBODIMENT IS THE CONCEPT OF A PERSONAL CLOUD.  SO

11   IN THIS EMBODIMENT, YOU HAVE SEVERAL DEVICES WITH DIFFERING

12   KINDS OF DATA -- SORRY ABOUT THAT.  LET ME GO BACK TO MY

13   SLIDE.

14        IN THIS EXAMPLE, SEVERAL DEVICES, VARYING KINDS OF DATA,

15   AND ALL OF THE DEVICES CONNECT TO THE CLOUD.  AND USING

16   DIFFERENCING, THEY MANAGE TO MAINTAIN SYNCHRONIZATION BETWEEN

17   THE CLOUD AND ALL THESE DEVICES.

18        AND THE THIRD EMBODIMENT, MOBILE CONTENT TRANSFER.  SO YOU

19   HAVE A PHONE.  YOU GET A NEW PHONE.  AND WHAT YOU DO IS YOU

20   WANT TO TRANSFER ALL OF YOUR CONTENT FROM YOUR PHONE TO YOUR

21   NEW PHONE.  AND BASICALLY THE NEW PHONE ACTS AS A SORT OF A

22   TEMPORARY PERSONAL CLOUD SO THE CONTENT CAN BE DIRECTLY

23   TRANSFERRED TO IT.

24        SO ALL THIS TECHNOLOGY IS NOT JUST CONCEPTS AND

25   INTERESTING IDEAS.  IT'S REALLY -- IT'S BEEN DEPLOYED WIDELY

1    BY SYNCHRONOSS.  ON THIS SLIDE YOU CAN SEE EXAMPLES OF SOME OF

2    THEIR GO-TO-MARKET SOLUTIONS THAT HAVE USED SPECIFICALLY THIS

3    STORING FORWARD SYNCHRONIZATION TECHNOLOGY.

4        SO ONE OF THE EXAMPLES IS VERIZON'S BACKUP ASSISTANT.

5    THIS IS AN EXAMPLE OF THE BACKUP EMBODIMENT IN REAL LIFE.  SO

6    THIS IS SOMETHING THAT HAS BEEN ACTUALLY DEPLOYED TO

7    APPROXIMATELY 84 MILLION USERS, ALL VERY SUCCESSFULLY BACKING

8    UP THEIR DATA AND MAKING SURE THAT THE CONTENTS OF THEIR

9    PHONES ARE SECURELY AVAILABLE IN THEIR OWN PERSONAL

10   INFORMATION SPACE SHOULD THEY SUBSEQUENTLY NEED IT.

11       AND THEY ALSO MADE USE OF THE MOBILE CONTENT TRANSFER

12   EMBODIMENT AND OF THE PERSONAL CLOUD, IN THIS CASE, NETWORK

13   ADDRESS BOOK.  SO ALL OF YOUR DEVICES THAT HAD ADDRESS BOOKS

14   WOULD HAVE ONE NETWORK ADDRESS BOOK, WAS THE SAME AND THE SAME

15   CONTENT AVAILABLE ACROSS ALL OF YOUR DEVICES EVEN AS YOU

16   CHANGE IT.

17       ANOTHER EXAMPLE, BELL MOBILITY, ANOTHER BACKUP SOLUTION

18   USING THE BACKUP EMBODIMENT.

19       AND THEN FINALLY TELUS MOBILITY, DOING ANOTHER BACKUP

20   SOLUTION USING THE BACKUP EMBODIMENT.

21       SO THIS TECHNOLOGY EMPLOYED BY MANY, MANY, MANY CUSTOMERS.

22   WE CAN SEE THAT APPLE WAS A, SORT OF AN EARLY LICENSEE OF THE

23   ENTIRE TECHNOLOGY STACK.  SO THEY REALLY USED THIS TECHNOLOGY

24   FROM -- EVERYTHING FROM DOT MAC TO MOBILE ME TO THEIR ICLOUD

25   LIMITATIONS.  SO IT GAVE REALLY GOOD... SORT OF PROOF THAT

1    THIS WAS INDEED GOING TO BE EXTREMELY USEFUL INNOVATIVE

2    TECHNOLOGY.

3        I WILL JUST END HERE WITH... THIS IS JUST AN OVERVIEW OF

4    OTHER SYNCHRONOSS CUSTOMERS THAT HAVE SUCCESSFULLY DEPLOYED

5    PRODUCTS THAT MAKE USE OF ALL THE TECHNOLOGY THAT I'VE BEEN

6    DESCRIBING.

7        I WOULD LIKE TO END ON THAT NOTE, YOUR HONOR.

8            **THE COURT:**  ALL RIGHT.  THANK YOU.

9        ALL RIGHT.  DEFENDANTS READY TO PROCEED?

10           **MR. HARBER:**  THANK YOU, YOUR HONOR.

11       DROPBOX'S TECHNOLOGY TUTORIAL WILL BE PRESENTED BY

12   DR. MICHAEL FREEDMAN WHO IS A PROFESSOR OF COMPUTER SCIENCE AT

13   PRINCETON UNIVERSITY.  DR. FREEDMAN HAS BACHELOR'S AND

14   MASTER'S DEGREES IN COMPUTER SCIENCE AND ENGINEERING FROM MIT

15   AND A PH.D IN COMPUTER SCIENCE FROM NYU.

16       HIS RESEARCH INTERESTS AND EXPERIENCE HAVE FOCUSED

17   PRIMARILY IN DISTRIBUTED SYSTEMS LIKE THE ONES THAT ARE KIND

18   OF IN THE BACKGROUND OF TECHNOLOGY HERE.  INTERNET SERVICES,

19   NETWORKING AND SECURITY.  AND HE HAS PUBLISHED MORE THAN 80

20   PEER REVIEW PAPERS IN THIS AREA, INCLUDING ON THE

21   SYNCHRONIZATION OF DATA AND FILES, PROTOCOLS AND THE LIKE.

22       AND I WON'T BORE YOU WITH HIS ENTIRE C.V., BUT HE'S

23   RECEIVED NUMEROUS AWARDS, INCLUDING THE PRESIDENT'S EARLY

24   CAREER AWARD FOR SCIENCE AND ENGINEERS FROM THE WHITE HOUSE

25   OFFICE OF SCIENCE AND TECHNOLOGY POLICY.  SO I'LL TURN IT OVER

1    TO HIM.

2            **THE COURT:**  ALL RIGHT.

3            **MR. MAHESHWARI:**  JUST FOR THE RECORD, YOUR HONOR, I

4    THINK EGNYTE IS JOINING IN DROPBOX'S PRESENTATION.  I JUST

5    WANT TO GET THAT OUT THERE.

6            **MR. BEARD:**  THAT'S CORRECT, YOUR HONOR.

7            **MR. FREEDMAN:**  GOOD MORNING, YOUR HONOR.

8        SO TODAY I WANT TO TALK ABOUT SOME OF THESE SAME

9    TECHNOLOGIES.  AS MR. ALPAUGH SAID, THESE ARE RELATED TO THE

10   FIELD OF DATA SYNCHRONIZATION.  AND IN PARTICULAR, THERE WERE

11   THE '757 PATENT AND THE '696 PATENT AND THE '446 PATENT, AND

12   EVERY TIME IT WAS DESCRIBED WAS SOMEWHAT THE STATE OF THE ART

13   TECHNOLOGY AS IT WAS KNOWN AROUND THE DATES OF THE PATENTS,

14   2000, 2001.

15       SO THE FIRST PATENT, '757, WHICH WAS TITLED "DATA TRANSFER

16   AND SYNCHRONIZATION", AS KIND OF ALREADY DISCUSSED, IT WAS

17   REALLY FOCUSING ON WHAT THEY -- WHAT WAS VIEWED AS TWO

18   IMPROVEMENTS.  ONE WAS WE PREVIOUSLY DIRECTLY CONNECT A

19   DEVICE, BETWEEN LET'S SAY A PALM PILOT AND A DESKTOP, AND WE

20   WOULD HAVE TO CHANGE -- TRANSFER THE ENTIRE FILE WHEN WE

21   WANTED TO SYNCHRONIZE THEM.

22       AND SO THE '757 PATENT DESCRIBES ACTUALLY TWO THINGS.

23   ONE, IT MENTIONED THAT, WELL, RATHER THAN ONLY DIRECTLY

24   CONNECT DEVICES, WE CAN CONNECT THEM OVER THE INTERNET THROUGH

25   THE USE OF THE SERVER, AND THAT ALLOWED US TO ALSO SYNCHRONIZE

1   THEM ASYNCHRONOUSLY.  THIS WAS DESCRIBED PREVIOUSLY AS STORING

2   FORWARD.

3       AND THE SECOND THING, AS WAS POINTED OUT A NUMBER OF

4   TIMES, IS THAT RATHER THAN TRANSFER THE ENTIRE FILE, WE WOULD

5   TRANSFER ONLY THE CHANGE DUE TO THE COST THE NETWORK OVER

6   TRANSFERRING THE WHOLE FILE.

7       SO YOU'VE PROBABLY ALREADY SEEN A NUMBER OF PICTURES, A PC

8   STANDS ONLY ITS DIFFERENCE FROM THE SERVER AND THE DIFFERENT

9   DEVICES ACTUALLY CONNECT TO IT AND DOWNLOAD ONLY THOSE

10  DIFFERENCES.

11      IN FACT, YOU CAN SEE THIS IN THE PATENT ITSELF.  FIGURE 7,

12  FOR EXAMPLE, OF THE '757 PATENT POINTS OUT THIS, ILLUSTRATES

13  THIS SCENARIO.  HERE THE CENTRALIZED SERVER NOW IS SHOWN IN

14  THAT OCTAGON IN THE MIDDLE OF THE INTERNET CLOUD.

15      AND IF YOU LOOK AT THIS FIGURE MORE CLOSELY, YOU CAN ALSO

16  SEE WHAT IS BEING SHOWN BETWEEN THE DEVICES AND THE SERVER IS

17  THAT DELTA, YOU KNOW, THE GREEK SYMBOL THAT IS GENERALLY USED

18  IN SCIENTIFIC LITERATURE TO MEAN CHANGE OF.  THAT'S THE CHANGE

19  OF WHAT WAS SYNCHRONIZED BEFORE SENDING ONLY THOSE

20  DIFFERENCES.

21      AND SO REALLY IF YOU ACTUALLY LOOK AT THE GENERAL PROBLEM

22  OF DATA SYNCHRONIZATION, THERE ARE -- FROM A TECHNICAL POINT,

23  THERE ARE KIND OF TWO MAIN PROBLEMS YOU ARE TRYING TO ADDRESS.

24  THE FIRST QUESTION IS HOW DO YOU ACTUALLY DETECT THAT CHANGES

25  HAPPEN.  AND THE SECOND PART IS, ONCE YOU DETECT IT, WHAT DO

1    YOU ACTUALLY COMMUNICATE TO HAVE THESE TWO PARTIES REACH A

2    SYNCHRONIZED STATE.

3        SO AS WAS POINTED OUT, WE CERTAINLY KNOW THERE ARE A

4    NUMBER OF THINGS THAT WERE DESCRIBED IN THE '757 PATENT AS

5    BOTH PRIOR ART.  FOR EXAMPLE, THE MOST COMMON ONE WAS WHEN YOU

6    HAVE JUST TIME STAMPS, YOU ARE GOING TO HAVE ALL SERVERS,

7    BASICALLY, KEEP TRACK OF WHEN THE LAST -- WHEN THE FILE WAS

8    CHANGED OR WHEN IT WAS LAST SYNCHRONIZED.

9        AND, FOR EXAMPLE, IF YOUR DEVICE SAYS IT WAS CHANGED A DAY

10   AGO AND MY DEVICE SAYS IT WAS CHANGED TEN MINUTES AGO, IT IS

11   PRETTY CLEAR WHICH WAY WE SHOULD DO THE SYNCHRONIZATION.  I

12   MADE THE MORE RECENT CHANGES, I WANT TO SEND YOU THE

13   DIFFERENCE.

14       NOW ALSO DESCRIBED -- THAT WAS DESCRIBED AS PRIOR ART AND

15   ALSO DESCRIBED WAS PREVIOUSLY WE WOULD TRANSFER THE ENTIRE

16   FILES.

17       NOW THERE ARE ALTERNATIVES WHICH WEREN'T DESCRIBED IN THE

18   '757 PATENT, AND I'LL TALK ABOUT THEM MORE LATER, AND THAT IS,

19   RATHER THAN USING SOMETHING LIKE METADATA DESCRIBING THE FILE,

20   A TIME STAMP IS USED TO DESCRIBE THE FILE.  YOU CAN ACTUALLY

21   LOOK AT THE CONTENTS OF THE FILE THEMSELVES TO SEE IF THERE'S

22   CHANGES.  OR YOU MIGHT HAVE A WAY USING HASH VALUES, A WAY TO

23   EFFICIENTLY SUMMARIZE WHAT MAKES UP THAT FILE, AND THEN IF WE

24   COMPARE OUR HASH VALUES AND THEY ARE DIFFERENT, WE CAN

25   CONCLUDE THAT THE FILE HAS CHANGED IN SOME WAY, AND THEN GO

1    AHEAD WITH THE SYNCHRONIZATION STEP.

2        I WILL GO THROUGH SOME LATER SLIDES AND TALK ABOUT HOW IT

3    HAPPENS.

4        A KEY IDEA WHEN USING HASH VALUES IS WHEN WE COMMUNICATE

5    THOSE CHANGES, WE MIGHT NOT ONLY SEND THE ENTIRE FILE, BUT

6    ALSO TAKE A LARGE FILE, BREAK IT INTO MODERATELY SIZED CHUNKS,

7    AND THEN ONLY COMMUNICATE THOSE CHUNKS THAT HAVE SOME CHANGE

8    INSIDE OF THEM.

9        THE LAST THING WE CAN DO, WHICH WAS DESCRIBED, FOR

10   EXAMPLE, AN ALTERNATE WHICH IS DESCRIBED IN THE '757 PATENT IS

11   THE USE OF FILE VERSIONING; WHERE WE CAN HAVE DIFFERENT

12   VERSION NUMBERS ASSOCIATED WITH DIFFERENT COPIES IN THE FILE,

13   AND WE LOOK TO SEE IF THE VERSION NUMBERS ARE DIFFERENT THAT

14   IMPLIES THAT THERE'S A CHANGE, AND THEN AS DESCRIBED, WE ARE

15   ONLY GOING TO COMMUNICATE SPECIFICALLY THE CONTENT THAT HAS

16   CHANGED.

17       SO, IN FACT, IF YOU LOOK, JUST TO POINT YOUR ATTENTION, IF

18   YOU LOOK AT THE '757 PATENT, IT REALLY TALKS ABOUT THIS NOTION

19   OF DELTA SYNCHRONIZATION.  YOU HAVE TWO SYSTEMS, A AND B.  AND

20   WE SEE THAT SYSTEM A WILL EXTRACT THE DIFFERENCES IN THE FILE

21   KNOWN TO EXIST ON SYSTEM B AND ANY OTHER NEW FILES.  SO THEY

22   START AT A POINT WHERE THEY ARE BOTH SYNCHRONIZED.  SYSTEM A

23   MADE A CHANGE.  AND THEN SYSTEM A LOOKS BETWEEN WHAT IT HAD

24   BEFORE AND WHAT IT HAS NOW, AND THAT'S THE DIFFERENCES.

25   THAT'S THE THING THAT IS GOING TO TRANSMIT TO SYNCHRONIZE.

1    IF WE LOOK AT THIS A LITTLE BIT MORE VISUALLY, WE START

2    WITH DEVICE A.  AND WE -- IN THIS EXAMPLE, DEVICE A IS ALREADY

3    SYNCHRONIZED WITH ANOTHER KNOWN DEVICE B.  BUT THEN THERE IS A

4    CHANGE ON THAT DEVICE.  THAT IS, FOR SIMPLICITY, WE HAD THREE

5    LETTERS IN A FILE, A, B, AND C, AND NOW WE ADD A NEW LETTER D.

6    CLEARLY IT GENERALIZES, BUT TRYING TO KEEP IT SIMPLE.

7    SO WHAT THAT DEVICE IS GOING TO DO IS IT'S GOING TO TAKE

8    BOTH OF THOSE COPIES OF THE FILE, A, B, C, AND A, B, C, D, AND

9    IT'S GOING TO LOOK AT THAT CHANGE, AND FROM THAT EXTRACT THE

10   DIFFERENCE.  IT'S GOING TO USE AN ALGORITHM, AND IT'S GOING TO

11   EXTRACT THE DELTA BETWEEN THEM.  HERE, IT'S JUST THE CHARACTER

12   D.

13   SO YOU PREVIOUSLY ASKED, DOES THE SERVER NEED TO KEEP ALL

14   THE COPIES OF THE FILE.  AND IT WAS DESCRIBED THERE COULD BE

15   VARIOUS WAYS THAT THE SERVER COULD OPERATE.  IN THIS EXAMPLE,

16   AND I THINK WHAT IS CERTAINLY DESCRIBED IN THE '757 PATENT,

17   THE DEVICE IS KEEPING THESE TWO COPIES OF THE FILE, AND THEN

18   COMPARING THE DIFFERENCE.

19   THE NEXT STAGE IS THAT DEVICE WHICH EXTRACTED THE DELTA IS

20   JUST GOING TO SEND THE DELTA TO THE SERVER.  THE SERVER, ANY

21   TIME ANOTHER DEVICE COMES AND ATTEMPTS TO SYNCHRONIZE, THE

22   SERVER IS GOING TO SEND THE DEVICE TO -- I'M SORRY, SEND THE

23   DELTA TO THE DEVICE B.  AND THEN SUBSEQUENTLY THAT DEVICE B

24   WILL TAKE ITS OLD COPY OF THE FILE, WHICH HAD BEEN

25   SYNCHRONIZED, A, B, C, APPLY THE DELTA, AND GET THE NEW NEWLY

```
 1    SYNCHRONIZED VERSION OF THE FILE, A, B, C, D.

 2        AND PERHAPS AN IMPORTANT STEP IS THAT HOW DO WE ACTUALLY

 3    COMPUTE THIS DIFFERENCING ALGORITHM.  AND IF WE LOOK AT IT, I

 4    SHOWED THIS EXAMPLE WHERE WE HAVE A, B, C AND A, B, C, D.  AND

 5    THE DELTA, AND MY UNDERSTANDING IS THIS WAS A CONSTRUCTION

 6    THAT WAS AGREED BETWEEN THE TERMS, IS THAT THIS DIFFERENCE

 7    INFORMATION, THIS DELTA, IS INFORMATION THAT COMPRISES ONLY

 8    THE CHANGES FOR THE FILE.  SO THE CHANGES BETWEEN A, B, C AND

 9    A, B, C, D IS THE LETTER D, AND THAT COMPRISES THE DELTA.

10        SIMILARLY, HOW DO YOU COMPUTE THIS?  YOU USE AN ALGORITHM

11    TO DO SO OR A DIFFERENCE TRANSACTION GENERATOR, AND THIS

12    GENERATOR ALGORITHM OPERATES BY COMPARING THE CURRENT STATE OF

13    THE DATA, A, B, C, D WITH THE PREVIOUS STATE OF THE DATA A, B,

14    C TO COMPUTE THE DELTA, TO COMPUTE THE DIFFERENCE.

15        AND WE COULD FIND KIND OF SIMILAR LANGUAGE ELSEWHERE IN

16    THE SPECIFICATION.  I DON'T NEED TO BORE YOU.

17        NOW, IF YOU ACTUALLY LOOK AGAIN AT HOW THIS OPERATES, JUST

18    TO DRIVE THIS POINT HOME, WE SEE AGAIN FROM THE SPECIFICATION

19    IS THE LAST SYNCHRONIZED VERSION OF EACH APPLICATION'S ACTUAL

20    DATA.  SO ON THE LEFT-HAND SIDE, I SHOW A PICTURE OF THE LAST

21    SYNCHRONIZED VERSION, THE ACTUAL DATA OF THE LAST SYNCHRONIZED

22    VERSION AND THEN THE NEW DATA AFTER A HAS MADE A CHANGE.

23        SO THEN WE HAVE A DIFFERENCING ALGORITHM THAT IS GOING TO

24    BE USED TO COMPUTE THIS DIFFERENCE INFORMATION.  I THINK WE

25    HAVE SIMILAR SCANNING VISUALS AS THE OTHER SIDE, AND IT SCAN
```

1    THROUGH THESE TWO VERSIONS OF THE FILE TO COMPUTE PRECISELY

2    THIS DIFFERENCE.

3         NOW, AT THE TIME, 2000, 2001, THAT WASN'T THE ONLY WAY TO

4    COMPUTE TO DO SYNCHRONIZATION.  SO I WANT TO DESCRIBE AN

5    ALTERNATIVE DIFFERENCING ALGORITHM TO THIS ONE THAT COMPUTED

6    ONLY THE DIFFERENCE, THE DELTA SYNCHRONIZATION.

7         IN PARTICULAR, ANOTHER ALTERNATIVE WAS THAT -- AND I

8    ALREADY DISCUSSED THIS -- MENTIONED THIS BRIEFLY EARLIER, WAS

9    THE USE OF HASH FUNCTION.  THE IDEA THERE IS, YOU CAN TAKE A

10   LARGE FILE, LIKE A VIDEO FILE, AND LET'S SAY IT'S EIGHT

11   MEGABYTES LONG.  AND YOU CAN BREAK THAT FILE INTO CHUNKS, SAY

12   TWO-MEGABYTE CHUNKS.

13        AND THEN IN THIS PICTURE, WE SEE THE VIDEO IS SPLIT INTO

14   B1, B2, B3, B4 INTO AN ENTIRE CHUNK, AND THEN WE'RE GOING TO

15   COMPLETE A HASH FUNCTION ON EACH OF THE CHUNKS.  AND WE SEE

16   BELOW IT GENERATES THESE FOUR VALUES, H1, H2, H3, AND H4, EACH

17   WHICH HAVE THIS STRANGE ALPHANUMERIC, RANDOM

18   ALPHANUMERIC-LOOKING THING.

19        THIS HASH FUNCTION ACTUALLY HAS A PARTICULAR BEHAVIOR.

20   AND THE IDEA OF THESE HASH FUNCTIONS IS THAT EFFECTIVELY THEY

21   ARE IN NUMERIC VALUE OR ALPHANUMERIC VALUE OF A FIXED LENGTH

22   USED TO UNIQUELY TO IDENTIFY DATA.

23        AND THE POINT IS, IF I TAKE TWO INPUTS, HERE I SHOW HELLO

24   WORLD EXCLAMATION MARK AND HELLO WORLD QUESTION MARK.  AND

25   THEY ONLY DIFFER BY ONE CHARACTER.  BUT ONCE I RUN THEM

1    THROUGH A HASH FUNCTION, THE OUTPUT LOOKS COMPLETELY DIFFERENT

2    AND COMPLETELY RANDOM.

3        AND, IN FACT, THEY -- THE HASH FUNCTIONS THAT WERE USED

4    FOR THIS TYPE OF DIFFERENCING ALGORITHMS ARE SUCH THAT IT'S

5    REALLY, REALLY HARD TO FIND TWO DIFFERENT INPUTS THAT HAVE THE

6    EXACT SAME HASH VALUE.

7        IN FACT, A COMMON ONE WAS TO USE A CRYPTOGRAPHIC ONE

8    CALLED MD-5 OR SHAW 1.  AND THE LIKELIHOOD THAT TWO DIFFERENT

9    INPUTS WOULD HAVE THE SAME OUTPUT IS 2 TO THE NEGATIVE 80.

10   WHAT THAT MEANS IS, IT'S 1 CHANCE IN 1 FOLLOWED BY 24 ZEROS.

11   SO BILLIONS, BILLIONS, BILLIONS, BILLIONS, NOT SOMETHING YOU

12   REALLY WORRY ABOUT.

13       AND SO THE REASON THIS IS USEFUL IS IF YOU AND I COMPARE

14   JUST OUR HASH VALUES, AND WE HAVE THE SAME HASH VALUE, THEN WE

15   CONCLUDE THAT THE FILE THAT THAT PORTION OF THE FILE HASN'T

16   CHANGED, AND SO WE DON'T NEED TO SYNCHRONIZE IT.

17       IF WE HAVE A DIFFERENT HASH VALUE, ON THE OTHER HAND, WE

18   CAN CONCLUDE THAT AT LEAST EVEN JUST ONE BIT OF THOSE CHUNKS

19   CHANGED.  SO NOW WE RECOPY THAT, THAT CHUNK TO MAKE UP THE

20   DIFFERENCE.

21       SO IF YOU LOOK AT HOW YOU CAN APPLY THIS IN A

22   SYNCHRONIZATION SYSTEM, SO DEVICE A AGAIN HAS THE FILE BROKEN

23   UP INTO FOUR CHUNKS, AND NOW LET'S SAY IT MAKES -- IT CHANGES

24   A FEW PARTS OF THE FILE.  IT COULD EVEN BE JUST A FEW BYTES,

25   BUT THOSE FEW BYTES HAPPEN TO BE PART OF THESE TWO LARGER

1    CHUNKS.  IN THE EXAMPLE I GAVE BEFORE, THEY MIGHT BE SOMETHING

2    LIKE A TWO-MEGABYTE BLOCK.

3        NOW IT ATTEMPTS TO SYNCHRONIZE WITH THE SERVER.  THE

4    SERVER SENDS BACK THE LATEST COPY OF WHAT IT SYNCHRONIZED.

5    WELL, IN PARTICULAR, IT SENDS BACK THE HASH VALUES OF THE

6    LATEST COPY THAT IS SYNCHRONIZED, H1, H2, H3, AND H4.

7        AND NOW THE DEVICE COMPUTES A HASH FUNCTION ON ITS COPIES,

8    AND SO WHEN IT COMPARES THE HASH VALUE KNOWN BY THE SERVER

9    VERSUS THE HASH VALUE WHICH IT HAD COMPUTED ITSELF, IT SEES

10   THAT BLOCK 1 AND BLOCK 2 ARE THE SAME, BUT SOMETHING IN BLOCK

11   3 AND BLOCK 4 GOT CHANGED.  SO THEN IN THE SYNCHRONIZATION

12   STEP IT SENDS UP THESE TWO CHANGED BLOCKS.

13       AND SO WE SEE A DIFFERENCE HERE.  ACTUALLY, IN THE FIRST

14   DESCRIPTION WHERE YOU'RE COMPUTING THE DELTA, I SHOWED THE

15   DEVICE KEEPING BACK THE OLD AND THE NEW COPY OF THE FILE, AND

16   THEN LOCALLY COMPUTING THE DIFFERENCE BETWEEN THEM TO DECIDE

17   WHAT TO SEND UP.

18       HERE, THE DEVICE MIGHT ONLY KEEP ONE COPY OF THE FILE,

19   ONLY THE LATEST COPY, BUT USE INFORMATION SENT TO IT BY THE

20   SERVER TO KNOW WHAT IT MIGHT NEED TO SYNCHRONIZE.

21       ON THE FLIP SIDE, ONE DOWNSIDE TO THIS APPROACH IS NOW THE

22   DEVICE DOESN'T SEND ONLY THE CHANGES BUT JUST THE BLOCKS IN

23   WHICH THOSE CHANGES OCCURRED.  SO IT'S SENDING UP SLIGHTLY

24   MORE -- IT'S SENDING UP MORE DATA.

25       SO THOSE WERE THE KIND OF SOME OF THE KEY TECHNOLOGY OF

1    THE '757 PATENT.  I THOUGHT I WOULD TURN TO TALK MORE ABOUT

2    SOME OF THE CONCEPTS IN THE '696 PATENT, WHICH IS TERMED AS A

3    MANAGEMENT SERVER FOR A SYNCHRONIZATION SYSTEM.

4        IN PARTICULAR, THESE TWO SPECIFICATIONS OF THE PATENTS ARE

5    BASICALLY ALMOST IDENTICAL.  THEY ARE ADDRESSING THE SAME

6    SPACE, BUT THE '696 PATENT BUILDS ON BY FURTHER CLAIMING

7    THINGS AROUND A MANAGEMENT SERVER OR A SYNCHRONIZATION

8    MANAGEMENT SERVER.

9        I THINK YOU HEARD MR. ALPAUGH TALK ABOUT SOME ASPECTS OF

10   THE SYSTEM THAT SYNCHRONOSS HAD ACTUALLY BUILT.  IN

11   PARTICULAR, IN THE '696 PATENT, IT TALKS ABOUT SOMETIMES IT

12   CALLS IT A CONTROLLER, SOMETIMES A MANAGEMENT SERVER,

13   SOMETIMES A SYNCHRONIZATION AGENT MANAGEMENT SERVER.

14       BUT AT A HIGH LEVEL, IT'S THIS CONTROLLER IN THE NETWORK

15   THAT COMMUNICATES WITH A BUNCH OF DIFFERENT END DEVICES.

16   THOSE END DEVICES HAVE A VERSIONING MODULE ON IT, AND THE

17   CONTROLLER ITSELF HAS A NUMBER OF MODULES.  IT HAS A USER

18   IDENTIFIER MODULE, AN AUTHENTICATION MODULE, A TRANSACTION

19   IDENTIFIER MODULE, A USER DATA FLOW CONTROLLER, SOMETIMES SOME

20   OTHER THINGS.

21       SO I THOUGHT WHAT I WOULD DO IS ACTUALLY JUST TALK ABOUT

22   SOME OF THE TECHNOLOGY AT THE TIME RELATED TO EACH OF THESE

23   DIFFERENT CONCEPTS LIKE USER IDENTIFICATION.

24       IN PARTICULAR, AT THE PRIORITY DATE OF THE PATENT, THERE

25   WERE A WHOLE VARIETY OF DIFFERENT WAYS THAT ONE COULD ACTUALLY

1    PERFORM USER IDENTIFICATION FOR AUTHENTICATION.  THESE INCLUDE

2    THINGS WHICH YOU MIGHT INITIALLY THINK ABOUT LIKE A LOG-IN

3    SCREEN, WHICH WE ALSO JUST SAW.  HERE YOU MIGHT HAVE A USER

4    NAME SERVING TO IDENTIFY USER, AND ALSO A PASSWORD OR A PASS

5    PHRASE THAT AUTHENTICATES THAT USER NAME.

6        WE MIGHT HAVE SOME ALTERNATIVE TO PASSWORD; USE SOMETHING

7    LIKE A PIN CODE.  PHYSICAL ATM MACHINE.  WE SOMETIMES USE PIN

8    CODES ALSO ON WEBSITES TO LOG IN OR ON PHONE CALLS WHEN YOU

9    CALL ON THE PHONE.

10       RATHER THAN HAVE A PIN CODE OR PASSWORD FOR PEOPLE TO

11   REMEMBER, WE WOULD SOMETIMES ALSO USE CRYPTOGRAPHIC TOKENS.

12   SO HERE I WAS SHOWING A POPULAR USE OF A DIGITAL CERTIFICATE.

13   IN PARTICULAR, THIS IS SHOWING A VERY POPULAR ONE CALLED AN

14   X509 CERTIFICATE.

15       THESE X509 CERTIFICATES IS WHAT YOU USE WITH YOUR BANK

16   SITE WHEN YOU LOG IN WHY IT HAS THAT LITTLE GREEN LOCK.  IT'S

17   USING THE X509 CERTIFICATE.  BUT IT ALSO IS EMPLOYING THE

18   CLIENT SIDE FOR ADDITIONAL SECURITY.  SO IT'S SOMETHING THE

19   CLIENT COULD GIVE TO THE SERVER AS A FORM OF AUTHENTICATION.

20       AND AUTHENTICATION COULD BE DONE BOTH ON SOMETHING YOU

21   KNOW, THAT IS A PASSWORD, AND ALSO SOMETHING YOU HAVE.  SO YOU

22   CAN COMBINE THAT PASSWORD WITH BIOMETRIC DATA OR WHAT WAS ALSO

23   USED AS A LITTLE HARDWARE DONGLE THAT YOU ATTACH TO YOUR

24   COMPUTER AS AN ADDITIONAL LEVEL OF SECURITY.  AND AS OF NOW,

25   THIS IS MORE POPULAR THAN AS TRUE FACTOR AUTHENTICATION, BUT

1    THESE SAME TECHNOLOGIES EXISTED BACK AT THE TIME.

2        THERE WERE OTHER PROTOCOLS.  AND WHAT ALSO MATTERED IS NOT

3    ONLY THE FORM OF THE PROTOCOL, BUT ALSO HOW YOU WOULD -- HOW

4    THE SERVERS WOULD OPERATE TO... TO HAVE A PROTOCOL TO DO USER

5    AUTHENTICATION.  THIS TYPE OF THING COULD BE OVER THE VERY

6    POPULAR WEB PROTOCOL LIKE HTTP.  IT HAS ITS OWN FORM OF BASIC

7    AUTHENTICATION.  YOU COULD USE SSL OVER HTTP FOR ENCRYPTED

8    COMMUNICATION.  THERE WERE PLENTY OF OTHERS.

9        KERBEROS WAS, FOR EXAMPLE, A POPULAR AUTHENTICATION

10   PROTOCOL THAT WAS USED SYMMETRIC ENCRYPTION.  IN FACT, DURING

11   COLLEGE, WHEN I WOULD LOG INTO MY -- TO MIT SERVERS, THAT

12   WOULD ALL PERFORM AUTHENTICATION THROUGH THE KERBEROS

13   PROTOCOL.  IT HAD BEEN EMPLOYED I THINK SINCE THE 1970'S, IF I

14   REMEMBER.

15       BUT USER IDENTIFICATION OR AUTHENTICATION DOES NOT ONLY

16   HAVE TO BE BASED ON USER NAMES.  IT COULD ALSO BE BASED ON

17   SOMETHING LIKE AN IP ADDRESS TO AUTHENTICATE A DEVICE.  THAT'S

18   THE NETWORK, EFFECTIVELY THE NETWORK NAME OF THE DEVICE.

19       IT CAN BE BASED ON THE MAC ADDRESS.  THAT IS A LOWER LEVEL

20   MAC ADDRESS.  AND MAC ADDRESSES ARE TYPICALLY UNIQUE TO A

21   PHYSICAL PIECE OF HARDWARE.  SO WHEN INTEL OR SAMSUNG

22   MANUFACTURES THAT PIECE OF HARDWARE, THEY ASSIGN IT A UNIQUE

23   MAC ADDRESS.  SO YOU CAN USE THIS AS A FORM OF AUTHENTICATION.

24       AND, IN FACT, THE CHOICE OF WHAT YOU DO HAS A LOT OF

25   IMPLICATIONS FOR HOW YOU BUILD YOUR SYSTEM.  JUST ONE MORE

1    EXAMPLE.  SO A LOT OF ISP'S; WE SAW THE EXAMPLE OF ISP'S.  A

2    LOT OF ISP'S HAVE THEIR OWN SET OF AUTHENTICATION PROTOCOLS.

3        SO, FOR EXAMPLE, THIS SHOWS A AAA SERVER WHICH IS KNOWN AS

4    AUTHENTICATION, AUTHORIZATION, AND ACCOUNTING, AND IT USES

5    PROTOCOLS LIKE RADIUS OR TACACS FOR -- AS PART OF THAT

6    PROTOCOL.

7        NOW, WHAT MATTERS HERE IS ACTUALLY THE CHOICE OF THIS HAS

8    A LOT OF IMPLICATIONS ON HOW YOU DESIGN AND IMPLEMENT YOUR

9    SYSTEM.  SO, FOR EXAMPLE, TO SEE SOMEBODY'S IP ADDRESS, YOU

10   TYPICALLY WOULD HAVE TO COMMUNICATE -- HAVE A SERVER THAT

11   COMMUNICATES DIRECTLY WITH THE END HOST.

12       NOW, IF YOU THINK ABOUT A LARGE INTERNET SERVICE, OFTEN

13   YOU MIGHT HAVE MULTIPLE LEVELS OF SERVERS EMPLOYED IN THAT

14   INTERNET SERVICE.  YOU MIGHT HAVE AN INITIAL LAYER THAT DOES

15   LOAD BALANCING, TAKING IN A REQUEST AND ROUTES IT TO THE RIGHT

16   BACK-END NODE.  BUT WHEN DOING SO, THAT BACK-END NODE WHO

17   MIGHT BE INVOLVED WITH PERFORMING USER AUTHENTICATION MIGHT

18   NOT ACTUALLY SEE THE IP ADDRESS OR THE MAC ADDRESS OF THE END

19   DEVICE THAT'S COMMUNICATING TO IT.  SO -- OR THAT SOMETIMES

20   THAT LOAD BALANCE WOULD HAVE TO TAKE THAT INFORMATION AND THEN

21   ADD IT TO ITS APPLICATION LEVEL PACKET TO KIND OF CARRY IT ON

22   TO THE END HOST.

23       SO WHAT YOU FIND WITH THESE TYPE OF PROTOCOLS, OR

24   KERBEROS, FOR EXAMPLE, IT WAS GENERALLY DESIGNED FOR LOCAL

25   AREA NETWORKS OR VIRTUAL PRIVATE NETWORK, NOT FOR THE PUBLIC

1    INTERNET DUE TO SOME SECURITY ASSUMPTIONS.

2        SO YOU SEE THAT THE CHOICE OF AUTHENTICATION PROTOCOL YOU

3    MAKE HAS A (SIC) REALLY IMPLICATIONS ON HOW YOU DESIGNED OR

4    IMPLEMENT YOUR SYSTEM.

5        ANOTHER THING DISCUSSED THAT SEEMS TO BE RELEVANT IS THIS

6    CONCEPT OF FILE VERSIONING.  SO I THOUGHT I WOULD GIVE SOME

7    CONTEXT FOR VARIOUS WAYS THAT YOU CAN PERFORM FILE VERSIONING

8    AND HOW THAT ACTUALLY HAS AN EFFECT.

9        SO THE KEY IDEA OF FILE VERSIONING IS I WANT TO BE ABLE TO

10   TELL IF THIS -- IF THESE TWO VERSIONS OF THE FILE ARE

11   IDENTICAL OR IF THEY SOMEHOW CHANGED BY JUST LOOKING AT THE

12   VERSION NUMBER.  THAT'S, FOR EXAMPLE, HOW I CAN USE TIME

13   STAMP.  IF I KNOW SOMETHING HAS CHANGED TODAY AND YOUR THING

14   HAS CHANGED YESTERDAY, IT'S EASY.  I COMPARE THOSE TIMES,

15   THOSE TIMES AREN'T THE SAME, I KNOW SOMETHING HAS CHANGED.

16       BUT THE PROBLEM IS, WHAT HAPPENS IF YOU HAVE TWO PEOPLE

17   CONCURRENTLY EDITING THE DOCUMENT.  SO IT MIGHT BE THE TIME

18   STAMPS ARE THE SAME, BUT, IN FACT, THE FILE HAS CHANGED.  THEY

19   JUST HAPPEN TO SAVE IT AT THE SAME TIME.  THAT'S WHY WE GET

20   INTO MORE COMPLEX PROTOCOLS THAT CAN TRY TO HANDLE THESE

21   ISSUES.

22       SO A LOT OF THIS QUESTION ABOUT HOW YOU PERFORM FILE

23   VERSIONING IS HOW DOES YOUR SYSTEM DEALING WITH THIS NOTION OF

24   UNIQUENESS.  SO IF I CHANGE THIS FILE, IS THE VERSION NUMBER

25   ASSIGNED TO THAT FILE UNIQUE TO ME AS A USER OR ME AS AN

1    INDIVIDUAL DEVICE?  IT TURNS OUT TO BE PRETTY EASY TO

2    IMPLEMENT.  IF IT'S UNIQUE TO ME AS A DEVICE, I JUST KEEP A

3    COUNTER.  EVERY TIME I LOCALLY CHANGE IT I JUST INCREMENT THE

4    COUNTER.

5        THE PROBLEM, FOR EXAMPLE, IF IT'S LOCAL TO ME AS A DEVICE,

6    IF I SAY I HAVE VERSION 4 AND YOU SAY YOU HAVE VERSION 4, ARE

7    THESE THE SAME THING OR ARE THEY DIFFERENT?  NOW, YOU MIGHT

8    SWITCH AND SAY WE DON'T WANT PER DEVICE FILE VERSIONS, WE

9    MIGHT WANT PER USER FILE VERSIONS.

10       NOW WE NEED A WAY TO COMMUNICATE BETWEEN THE TWO PARTIES

11   TO MAKE SURE THAT WE DON'T ASSIGN THE EXACT SAME VERSION

12   NUMBER TO THE FILE IF WE ARE BOTH EDITING IT AT THE SAME TIME.

13       AND IN THE EXTREME, YOU SOMETIMES HAVE GLOBAL VERSION

14   NUMBERS.  AND THE IDEA IS THAT ACROSS ALL USERS OF YOUR

15   SYSTEM, EVERY TIME THE FILE HAS CHANGED, IT'S GOING TO GET ITS

16   OWN VERSION NUMBER.  THAT, AGAIN, PROVIDES A LOT OF BENEFIT

17   BECAUSE IF WE EVER HAVE A FILE WITH TWO DIFFERENT VERSION

18   NUMBERS, WE KNOW THEY ARE DIFFERENT, ON THE FLIP SIDE IT

19   INTRODUCES TECHNICAL CHALLENGES, WHICH IS, HOW DO WE MAKE SURE

20   THAT EVERYBODY GIVES OUT UNIQUE VERSION NUMBERS IN A

21   DECENTRALIZED FASHION.

22       SO WE SEE THAT OVER THE YEARS PEOPLE HAVE LOOKED AT MANY

23   DIFFERENT VERSIONING SCHEMES.  FOR EXAMPLE, SOME USE

24   SEQUENTIAL VERSION NUMBERS.  IT'S VERSION 3, VERSION 4,

25   VERSION 5.  AGAIN, THERE IS AN ADVANTAGE TO THIS.  IF I HAVE

```
1   VERSION 5 AND YOU ARE IN VERSION 2, I KIND OF IMPLICITLY KNOW

2   THAT MINE COMES AFTER YOURS SO YOU SHOULD TAKE MY CHANGES.

3        ON THE FLIP SIDE, IF WE USE RANDOM VERSION NUMBERS, THESE

4   ARE EASIER TO ALLOCATE IN A DECENTRALIZED FASHION, BUT NOW IF

5   I HAVE VERSION 100 AND YOU HAVE VERSION 72, WE DON'T KNOW

6   WHICH COMES FIRST.  SO WE HAVE TO DO THIS OTHER PROTOCOL TO

7   FIGURE OUT WHO SHOULD SYNCHRONIZE WITH WHOM.

8        MORE EXAMPLES HAVE BEEN USED IN THE DISTRIBUTED SYSTEMS.

9   HAVING A SINGLE VERSION NUMBER, A VECTOR VERSION SO THAT EACH

10  DEVICE KEEPS TRACK OF ITS OWN LOCAL VERSION.  LINEAR VERSION

11  NUMBERS, DIRECTORY TREES, NUMERICS, ALPHANUMERICS, BINARIES.

12  I DON'T NEED TO GO INTO ALL OF THEM, BUT I THINK AT A HIGH

13  LEVEL POINT WITH MANY OF THESE CHOICES THERE'S TRADE-OFFS.

14  AND THE CHOICE IS SOMETHING THAT APPEARS TO BE AS SIMPLE AS

15  FILE VERSIONING HAS ACTUALLY MAJOR IMPLICATIONS ON HOW YOUR

16  SYSTEM CAN OPERATE, WHAT THINGS YOU NEED TO BUILD INTO YOUR

17  SYSTEM TO KNOW WHICH ONES COME FIRST, AND HOW YOU KIND OF

18  ORGANIZE THE SYSTEM.

19       SO ONE OF THE LAST THINGS I WANT TO TALK ABOUT RELATED TO

20  THIS '696 PATENT IS THE NOTION OF TRANSACTION IDENTIFICATION.

21  AND THIS IS WHEN YOU ARE ACTUALLY TRYING TO IDENTIFY A

22  TRANSACTION, BOTH WHAT IS THE FORMAT OF THOSE IDENTIFIERS AND

23  WHAT ARE THE -- HOW DO YOU ACTUALLY IDENTIFY THEM, THOSE

24  TRANSACTIONS.

25       AND A NUMBER OF DIFFERENT DATA STRUCTURES OR STORAGE
```

1    SYSTEMS HAVE BEEN USED TO IDENTIFY TRANSACTIONS OVER THE

2    YEARS.  THESE INCLUDE THINGS LIKE HASH TABLES, SEARCH TREES,

3    PARTICULARLY IF THE PREFIX OF A TRANSACTION HAS CERTAIN

4    SEMANTIC MEANINGS.  THEY COULD BE STORED IN MEMORY, SO IT'S

5    NOT DURABLE OVER CRASHES.  THEY CAN BE STORED IN A DATABASE

6    SERVER SO THEY CAN BE DURABLE OVER CRASHES.  THESE COULD BE

7    ALL STORED ON ONE NODE.  THEY COULD BE STORED ACROSS MANY

8    NODES.  AND IN GENERAL, YOU -- THE CHOICE THAT YOU MAKE ON HOW

9    YOU BUILD THIS, AGAIN, IS BASED ON HOW YOU WANT TO ORGANIZE

10   AND STRUCTURE YOUR SYSTEM, AND WHAT YOU WANT FROM THE

11   SEMANTICS OF THAT IDENTIFICATION.

12        EVEN THE FORMAT OF THESE TRANSACTION IDENTIFIERS CAN

13   DIFFER.  YOU COULD DO SOMETHING VERY SIMPLE LIKE JUST HAVING A

14   COUNTER THAT IS VERY, AGAIN, SIMPLE TO IMPLEMENT.  THE

15   DOWNSIDE IS IT ROLLS OVER EVERY 2 OR 4 BILLION TRANSACTIONS,

16   AND THEN YOU NEED ANOTHER THING TO DIFFERENTIATE FOR POPULAR

17   SERVICE BETWEEN THIS TRANSACTION AND THE TRANSACTION THAT

18   HAPPENED EXACTLY 4 BILLION TRANSACTIONS AGO.

19        YOU COULD ADD THINGS TO THAT LIKE EXTENDING THAT VALUE

20   WITH A TIME EPIC OR A USER IDENTIFIER, OR WHAT WAS ALSO

21   COMMONLY USED AT THE TIME IS THIS NOTION OF A UNIVERSALLY

22   UNIQUE IDENTIFIER, OR UUID.

23        SO I WANTED TO TALK A LITTLE BIT MORE ABOUT WHAT UUID'S

24   ARE.  UUID, AS WOULD BE KNOWN AT THE TIME, KIND OF A TERM OF

25   ART, WAS A STANDARDIZED 128-BIT VALUE USED TO IDENTIFY DATA.

1   AND THE KEY IDEA IS THAT IF YOU WOULD GENERATE A UUID TWICE,

2   THE PROBABILITY OF SEPARATE CREATIONS OF UUID'S BEING EXACTLY

3   THE SAME IS EFFECTIVELY ZERO.  AND THIS IS IMPLEMENTED BECAUSE

4   OF A SPECIFIC STRUCTURE IN THE UID'S (SIC) USED TO GUARANTEE

5   UNIQUENESS.

6       NOW, IN THE 1980'S AND 1990'S, THERE HAVE BEEN SLIGHTLY

7   DIFFERENT VARIANTS OF UUID'S PROPOSED, BUT THEY ALL HAVE A

8   SIMILAR STRUCTURE, AND THAT IS WHAT I'VE SHOWN IN MY

9   ILLUSTRATIONS.

10      EFFECTIVELY, IF YOU SEE IN THAT -- USUALLY THEY WERE

11  SHOWED AS BEING GROUPED AS EIGHT DIGITS, FOUR, FOUR, FOUR, AND

12  12 DIGITS.  IF YOU LOOK AT TWO OF THOSE DIGITS, THEY ACTUALLY

13  TELL YOU WHAT VERSION AND VARIANT THIS UID (SIC) CORRESPONDS

14  TO.

15      SO THE IDEA IS THAT IF YOU ARE A SERVER THAT GETS A UUID,

16  YOU FIRST LOOK AT THE VERSION VARIANT, AND THAT EFFECTIVELY

17  TELLS YOU HOW YOU INTERPRET THE REST OF THE UID.

18      SO THIS IS VERSION ONE, VARIANT ONE.  AND WHAT THIS DID IS

19  IT BASICALLY EMBEDDED A TIME STAMP IN FRONT OF THE UID.  UPPER

20  BITS WAS NANOSECONDS, THEN MINUTES, THEN WEEKS.  IN THE MIDDLE

21  IT HAD SOME ADDITIONAL RANDOM VALUES.  AND AT THE BOTTOM IT

22  HAD A NODE IDENTIFIER.  FOR VERSION ONE, VARIANT ONE, THE NODE

23  IDENTIFIER WAS A MAC ADDRESS, THE ADDRESS OF THIS HARDWARE ON

24  YOUR COMPUTER.

25      AND THIS, AGAIN, I DESCRIBE THAT THIS PROBABILITY OF

1    DUPLICATE UUID'S WAS ZERO.  THE REASON, IF YOU'RE, FOR

2    EXAMPLE, TWO DIFFERENT SERVERS, YOU HAVE A DIFFERENT NODE I.D.

3    SO JUST MAKE SURE IF YOU ARE GENERATING THEM AT THE SAME TIME,

4    YOU HAVE A DIFFERENT UUID.

5        IF YOU ARE ONE SERVER AND GENERATE SUBSEQUENT UUID'S, IF

6    THEY ARE SPREAD OUT IN TIME, THE TIME STAMP INCREMENTS EVERY

7    HUNDRED NANOSECONDS.  SO VERY LIKELY THAT THEY ARE DIFFERENT.

8        EVEN IF YOU CALL THIS THING TWICE IN THE SAME NANOSECOND

9    PERIOD, THE RANDOM VALUE IS NOW DIFFERENT.  SO, AGAIN, YOU

10   ENSURE UNIQUENESS.

11       THE ADVANTAGE OF THIS, AGAIN, IS THAT IF WE HAVE TWO

12   DIFFERENT FILE VERSIONS OR TWO DIFFERENT PORTIONS OF THE FILE

13   WITH THE SAME UUID, IT WOULD CONCLUDE THAT THEY ARE, IN FACT,

14   THE SAME PIECE OF CONTENT.  IF THEY HAVE DIFFERENT UUID'S, WE

15   CONCLUDE THEY ARE DIFFERENT AND, THEREFORE, NEED TO BE

16   SYNCHRONIZED.

17       SO THE LAST PATENT, WHICH IS THE '446 PATENT, DESCRIBES

18   THE ACQUISITION AND SYNCHRONIZATION OF DIGITAL MEDIA TO A

19   PERSONAL INFORMATION SPACE.  AT A HIGH LEVEL, THE '446 PATENT

20   TALKS ABOUT A PERSONAL INFORMATION SPACE AND DIGITAL MEDIA

21   CONTENT, SUCH AS MPEG, MP3, REAL AUDIO, AND THE LIKE.  I JUST

22   SHOWED AN ILLUSTRATION OF A DIRECTORY WITH A BUNCH OF MUSIC

23   FILES INSIDE OF IT.

24       AND IT DESCRIBES THAT IT WOULD BE NICE IF WE HAD A DEVICE

25   AND ADDED LET'S SAY A NEW SONG TO MY LOCAL -- MY PALM PILOT.

WE DIDN'T HAVE IPHONES AT THE TIME, BUT I ADDED A PALM PILOT,

THEN THAT FILE WOULD APPEAR ON MY OTHER SERVER.  AND SO THE

ACTUAL MECHANISM BEING DESCRIBED IS MUCH LIKE WE SAW BEFORE.

YOU HAD YOUR TWO VERSIONS OF THAT DIRECTORY, VERSION 1 AND

VERSION 2, AND WHAT A SERVER COULD DO IS SCAN THROUGH THOSE

TWO VERSIONS, COMPARE THEM, AND ACTUALLY DETERMINE THAT IT'S

THIS ONE FILE OR THESE FEW FILES THAT HAVE CHANGED, AND THEN

SEND THE FULL FILE UP.

PREVIOUSLY, WITH REGARD TO THE '757 PATENT, I TALKED A LOT

ABOUT HOW IT WOULD COMPUTE ONLY THE DIFFERENCE BECAUSE YOU

MODIFY A FILE.  YOU KNOW, I THINK THIS WAS THE CONCEPT THAT IF

YOU HAVE A MUSIC DIRECTORY, OFTEN YOU ARE ADDING JUST NEW

MUSIC FILES TO IT SO YOU ARE TRYING TO FIND JUST THOSE FILES

THAT I'VE CHANGED AND SEND THOSE UP.

THE LAST THING THAT I THINK WAS RELEVANT AT THE TIME IS

THAT HOW WOULD WE DO THIS?  WELL, WE, FOR EXAMPLE, OFTEN HAVE

A WEB BROWSER.  A USER WOULD BASICALLY PRESS A SYNC BUTTON,

AND THIS PRESSING THE SYNC BUTTON WOULD ACTUALLY INITIATE THE

SYNC REQUEST THAT WOULD CAUSE ME TO COMPARE THE TWO VERSIONS

OF MY DIRECTORY, COMPUTE WHICH FILES HAVE CHANGED, AND THEN

SUBSEQUENTLY SEND THOSE FOR (SIC) THE SERVER FOR SUBSEQUENT

SYNCHRONIZATION.

THAT'S ALL I REALLY HAD TO SAY ABOUT THE TECHNOLOGIES AND

I WANT TO THANK YOU FOR YOUR TIME.

**THE COURT:**  ALL RIGHT.  THANK YOU.

1          **MR. MAHESHWARI:**  YOUR HONOR, I WANTED TO OPEN IT UP

2     AND LET YOU KNOW THAT IF YOU HAVE ANY QUESTIONS, WE HAVE BOTH

3     EXPERTS AVAILABLE, AND WE ACTUALLY HAVE THE INVENTOR OF THE

4     PATENTS.

5          **THE COURT:**  I THOUGHT THAT WAS HELPFUL.  ONE THING I

6     WILL REQUEST FROM EACH SIDE IS AN ELECTRONIC VERSION OF THE

7     DECK.  YOU CAN JUST SUBMIT THAT ON A THUMB DRIVE.  THE

8     ANIMATION I THINK IS HELPFUL IN GOING BACK AND RE-ACQUAINTING

9     OURSELVES WITH IT.

10          **MR. MAHESHWARI:**  WE WILL DO THAT, YOUR HONOR.  WE DO

11     HAVE SOME EXTRA COPIES, IF YOU WOULD LIKE.

12          **THE COURT:**  SURE.  I WILL TAKE THE HARD COPY.

13          **MR. MAHESHWARI:**  WE WILL ABSOLUTELY GET YOU THE

14     ELECTRONIC VERSION AS WELL.

15               (DECKS HANDED TO CLERK.)

16          **THE COURT:**  ALL RIGHT.  THAT WAS HELPFUL.  I PLAN TO

17     SEE YOU NEXT WEDNESDAY.

18          **MR. MAHESHWARI:**  THANK YOU, YOUR HONOR.

19          **MR. HARBER:**  THANK YOU, YOUR HONOR.

20          **THE CLERK:**  WERE THE TWO COPIES YOU HANDED UP, WERE

21     THEY IDENTICAL?  SO IT WAS ONE FOR THE LAW CLERK AND ONE FOR

22     THE JUDGE?

23          **MR. MAHESHWARI:**  YES.

24

25               (PROCEEDINGS ADJOURNED AT 11:11 A.M.)

1

2

3                          **CERTIFICATE OF REPORTER**

4          I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE

5   UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

6   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

7   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

8

9                    *Diane E. Skillman*

10              DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

11                   FRIDAY, OCTOBER 27, 2017

12

13

14

15

16

17

18

19

20

21

22

23

24

25