# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DROPBOX, INC.<br><br>Defendant(s). | Case No: 16-cv-00119<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Ankit Bahri, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Dropbox, Inc. in the above-entitled action. My local co-counsel in this case is Jonathan A. Patchen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 434-5573 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD:<br>abahri@wc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpatchen@taylorpatchen.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1030385.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/12/18

Ankit Bahri
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ankit Bahri is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/19/18

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Ankit Bahri*

was duly qualified and admitted on **February 8, 2016** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 10, 2018.

*Julio A. Castillo*

Issued By: *Emily E. Faw*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.