# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX, INC., <br><br> Defendant. | Case No. 4:16-cv-00119-HSG (KAW) <br><br> **STIPULATION AND ORDER SELECTING ADR PROCESS** <br><br> **[CIVIL LOCAL RULE 16-8]** <br><br> **Judge: Hon. Haywood S. Gilliam, Jr.** |

Plaintiff Synchronoss Technologies, Inc., ("Synchronoss") and Defendant Dropbox, Inc., ("Dropbox") (collectively, the "Parties") by and through their respective counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

      **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

      **Mediation** (ADR L.R. 6)

      **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

      ✓ **Private ADR** (*specify process and provider*)

One-day private mediation with ADR provider JAMS.

The parties agree to hold the ADR session by:

      the presumptive deadline (90 days from the date of the order referring the case to ADR)

      ✓ other requested deadline: **July 31, 2018**

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL.**

Dated this 29th day of May, 2018.

| | |
|---|---|
| */s/ Sarah S. Eskandari* | */s/ Jonathan A. Patchen* |
| SARAH S. ESKANDARI (SBN 271541) | STEPHEN E. TAYLOR (SBN 058452) |
| DENTONS US LLP | JONATHAN A. PATCHEN (SBN 237346) |
| One Market Plaza, | TAYLOR & PATCHEN, LLP |
| Spear Tower, 24th Floor | One Ferry Building, Suite 355 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | Telephone: (415) 788-8200 |
| Facsimile: (415) 267-4198 | Facsimile: (415) 788-8208 |
| Email: sarah.eskandari@dentons.com | E-mail: staylor@taylorpatchen.com |
| | E-mail: jpatchen@taylorpatchen.com |

| | |
|---|---|
| MARK L. HOGGE (*pro hac vice*) | THOMAS H.L. SELBY (*pro hac vice*) |
| SHAILENDRA K. MAHESHWARI | DAVID M. KRINSKY (*pro hac vice*) |
| (*pro hac vice*) | ADAM D. HARBER (*pro hac vice*) |
| NICHOLAS H. JACKSON (SBN 269976) | CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| DENTONS US LLP | WILLIAMS & CONNOLLY LLP |
| 1900 K Street, N.W. | 725 Twelfth Street, N.W. |
| Washington, DC 20006 | Washington, D.C. 20005 |
| Telephone: (202) 408-6400 | Telephone: (202) 434-5000 |
| Facsimile: (202) 408-6399 | Facsimile: (202) 434-5029 |
| Email: mark.hogge@dentons.com | E-mail: tselby@wc.com |
| Email: shailendra.maheshwari@dentons.com | E-mail: dkrinsky@wc.com |
| Email: nicholas.jackson@dentons.com | E-mail: aharber@wc.com |
| | E-mail: cmandernach@wc.com |
| *Attorneys for Plaintiff* | |
| *Synchronoss Technologies, Inc.* | *Attorneys for Defendant* |
| | *Dropbox, Inc.* |

### FILER'S ATTESTATION:

I, Sarah S. Eskandari, am the ECF user whose ID and password are being used to file the above **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS [CIVIL LOCAL RULE 16-8].** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: May 29, 2018        By      */s/ Sarah S. Eskandari*
                                       SARAH S. ESKANDARI

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 30, 2018        _____
                                       HONORABLE HAYWOOD S. GILLIAM JR.
                                       UNITED STATES DISTRICT JUDGE