MARK L. HOGGE (*Pro Hac Vice*)
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
E-mail: mark.hogge@dentons.com
E-mail: nicholas.jackson@dentons.com

SARAH S. ESKANDARI (SBN 271541)
JENNIFER D. BENNETT (SBN 235196)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sarah.eskandari@dentons.com
E-mail: jennifer.bennett@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DROPBOX, INC.,<br><br>Defendant. | Case No. 4:16-cv-00119-HSG-KAW<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL SHAILENDRA K. MAHESHWARI AS COUNSEL OF RECORD; AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that attorney Shailendra K. Maheshwari, of Dentons US LLP, |
| 3 | 1900 K Street, NW, Washington, DC, 20006 is no longer affiliated with Dentons US LLP and is |
| 4 | no longer counsel of record for Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") in the |
| 5 | above-referenced matter. Mr. Maheshwari was admitted *pro hac vice* in this matter on February |
| 6 | 9, 2016. (ECF 66). Written notice has been given reasonably in advance to the client and to all |
| 7 | other parties who have appeared in the case. Dentons US LLP will continue to serve as counsel of |
| 8 | record for Synchronoss and all future correspondence and papers in this action should continue to |
| 9 | be directed to counsel of record at Dentons US LLP. |
| 10 | Pursuant to Civil Local Rule 11-5, Synchronoss requests that the Court allow Shailendra K. |
| 11 | Maheshwari to withdraw his appearance as counsel of record for Synchronoss in the above- |
| 12 | captioned action. A proposed order is submitted herewith. |

Dated: June 1, 2018

DENTONS US LLP

By    */s/ Sarah S. Eskandari*
MARK L. HOGGE (*Pro Hac Vice*)
NICHOLAS H. JACKSON (SNB 269976)
DENTONS US LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
E-mail: mark.hogge@dentons.com
E-mail: nicholas.jackson@dentons.com

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sarah.eskandari@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# **ORDER**

Having considered the request of Synchronoss Technologies, Inc. ("Synchronoss") to allow Shailendra K. Maheshwari to withdraw his appearance as counsel of record for Synchronoss in this action.

IT IS HEREBY ORDERED that:

1. Synchronoss's request is GRANTED; and

2. Shailendra K. Maheshwari is relieved as counsel of record for Synchronoss.

**IT IS SO ORDERED.**

DATED: June 4, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge