1  THOMAS H. L. SELBY (*pro hac vice*)
   DAVID M. KRINSKY (*pro hac vice*)
2  ADAM D. HARBER (*pro hac vice*)
   CHRISTOPHER J. MANDERNACH (*pro hac vice*)
3  CHRISTOPHER S. GEYER (SBN 288527)
   ANKIT BAHRI (*pro hac vice*)
4  JAMES M. RICE (*pro hac vice*)
   WILLIAMS & CONNOLLY LLP
5  725 Twelfth Street, N.W.
   Washington, D.C.  20005
6  Telephone:  (202) 434-5000
   Facsimile:  (202) 434-5029
7  E-mail: tselby@wc.com
   E-mail: dkrinsky@wc.com
8  E-mail: aharber@wc.com
   E-mail: cmandernach@wc.com
9  E-mail: cgeyer@wc.com
   E-mail: abahri@wc.com
10 E-mail: mrice@wc.com

11 STEPHEN E. TAYLOR (SBN 058452)
   JONATHAN A. PATCHEN (SBN 237346)
12 KARAN S. DHADIALLA (SBN 296313)
   TAYLOR & PATCHEN, LLP
13 One Ferry Building, Suite 355
   San Francisco, CA 94111
14 Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
15 E-mail: staylor@taylorpatchen.com
   E-mail: jpatchen@taylorpatchen.com
16 E-mail: kdhadialla@taylorpatchen.com

17 Attorneys for Defendant
   DROPBOX, INC.

18

19              IN THE UNITED STATES DISTRICT COURT FOR THE

20                    NORTHERN DISTRICT OF CALIFORNIA

21                       SAN FRANCISCO DIVISION

22  SYNCHRONOSS TECHNOLOGIES, INC.,    | Case No.: 4:16-cv-00119-HSG-KAW

23        Plaintiff,                    | [PROPOSED] ORDER GRANTING THE
                                        | UNOPPOSED MOTION TO WITHDRAW
24  v.                                  | CHRISTOPHER S. GEYER AS COUNSEL
                                        | FOR DEFENDANT DROPBOX, INC.
25  DROPBOX, INC.,

26        Defendant.                    | Honorable Haywood S. Gilliam, Jr.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Having considered the Unopposed Motion to Withdraw Christopher S. Geyer as counsel of record for Defendant Dropbox, Inc. in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.


DATED:     11/2/2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

1.