*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No. 4:16-cv-00119-HSG |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** |
| v. | |
| DROPBOX, INC., | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | **Judge: Hon. Haywood S. Gilliam, Jr.** |
| | **Complaint Filed: March 27, 2015**<br>**Case Transferred: January 8, 2016** |

Plaintiff Synchronoss Technologies, Inc., ("Synchronoss") and Defendant Dropbox, Inc., ("Dropbox") (collectively, the "Parties") by and through their respective counsel and subject to the Court's approval, stipulate as follows:

**WHEREAS**, on January 9, 2018, the Court issued a Scheduling Order setting a September 21, 2018 deadline for the Parties to complete fact discovery, and a November 9, 2018 deadline for the Parties to serve their initial expert disclosures and reports (ECF 173);

**WHEREAS**, on September 24, 2018 and October 22, 2018, the Court issued Orders permitting currently noticed depositions to be completed by November 9, 2018, and extending the deadline for the Parties to serve their initial expert disclosures and reports until November 20, 2018 (ECF 224; ECF 232);

**WHEREAS**, the Parties have noticed, scheduled, and taken a number of party and nonparty depositions in this matter, but have been unable to take all of the noticed depositions before the revised cutoff date of November 9, 2018 due to witness availabilities (including family emergencies) and other factors (Declaration of D. Shayon Ghosh ("Ghosh Decl."), ¶ 5);

**WHEREAS**, on November 6 and 15, 2018, the parties have met and conferred over a schedule for expert disclosures that does not change the date for completion of expert discovery, but otherwise accommodates witness unavailability and the completion of fact depositions (Ghosh Decl., ¶ 6);

**WHEREAS**, based on the foregoing, the Parties believe there is good cause to allow the completion of the noticed fact depositions by November 29, 2018, which may include cleanup document production related to the noticed depositions. The Parties further believe there is good cause to extend the deadline to serve their initial expert disclosures and reports from November 20, 2018 to December 3, 2018, and to extend the deadlines for further expert disclosures and reports accordingly. This extension will not affect the April 5, 2019 deadline for the completion of expert discovery (Ghosh Decl., ¶ 7);

**WHEREAS**, there have been six prior time modifications in this case: (1) when the Court granted Synchronoss' motion for an extension of time to respond to Dropbox's original

February 5, 2016 motion to dismiss (ECF 70; ECF 71); (2) when the Court granted the Parties' Stipulated Request for an extension of time for Dropbox to file its reply in support of the Motion to Dismiss (ECF 90; ECF 91); (3) when the Court granted the Parties' stipulated request for an extension of time to submit their ESI Stipulation and Protective Order (ECF 121; ECF 123); (4) when the Court granted the Parties' Stipulated Request to Change the Deadline for Document Production (ECF 186; ECF 187); (5) when the Court granted the Parties' Stipulated Request to Complete Currently Noticed Depositions Beyond The Close Of Fact Discovery (ECF 223; ECF 224); and (6) when the Court granted the Parties' Stipulated Request for Order Changing Time and Order (ECF 231; ECF 232);

**WHEREAS**, the Parties' requested extension will have no impact on the schedule, as the remaining deadlines in the Scheduling Order will be unaffected (Ghosh Decl., ¶ 9).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT,** subject to the Court's approval, the following new deadlines are set in this action, all remaining deadlines to remain the same:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to complete currently noticed depositions | November 9, 2018 | November 29, 2018 |
| Initial expert disclosures and reports due | November 20, 2018 | December 3, 2018 |
| Rebuttal expert disclosures and reports due | January 18, 2019 | January 28, 2019 |
| Should Plaintiff serve one or more rebuttal reports regarding objective indicia of non-obviousness, Defendant's responsive expert reports limited solely to objective indicia of non-obviousness | February 15, 2019 | February 25, 2019 |

Dated this 16th day of November, 2018.

| | |
|---|---|
| */s/ Sarah S. Eskandari* | */s/ D. Shayon Ghosh* |
| SARAH S. ESKANDARI (SBN 271541) | STEPHEN E. TAYLOR (SBN 058452) |
| DENTONS US LLP | JONATHAN A. PATCHEN (SBN 237346) |
| One Market Plaza, | TAYLOR & PATCHEN, LLP |
| Spear Tower, 24th Floor | One Ferry Building, Suite 355 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | Telephone: (415) 788-8200 |
| Facsimile: (415) 267-4198 | Facsimile: (415) 788-8208 |
| Email: sarah.eskandari@dentons.com | E-mail: staylor@taylorpatchen.com |
| | E-mail: jpatchen@taylorpatchen.com |

MARK L. HOGGE (*pro hac vice*)
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
Email: mark.hogge@dentons.com
Email: nicholas.jackson@dentons.com

THOMAS H.L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
D. SHAYON GHOSH (SBN 313628)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com
E-mail: sghosh@wc.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

*Attorneys for Defendant*
*Dropbox, Inc.*

| | |
|---|---|
| 1 | **FILER'S ATTESTATION:** |
| 2 | I, D. Shayon Ghosh, am the ECF user whose ID and password are being used to file |
| 3 | the above **STIPULATED REQUEST FOR ORDER CHANGING TIME [CIVIL** |
| 4 | **LOCAL RULE 6-2].** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that |
| 5 | each listed counsel above has concurred in this filing. |

Dated: November 16, 2018

By:     */s/ D. Shayon Ghosh*
          D. SHAYON GHOSH

# [PROPOSED] ORDER

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc. and Defendant Dropbox, Inc., (collectively, the "Parties") Stipulated Request for Order Changing Time. The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulated Request for Order Changing Time as follows:.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:**

The following new deadlines are set for the below noted events:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to complete currently noticed depositions | November 9, 2018 | November 29, 2018 |
| Initial expert disclosures and reports due | November 20, 2018 | December 3, 2018 |
| Rebuttal expert disclosures and reports due | January 18, 2019 | January 28, 2019 |
| Should Plaintiff serve one or more rebuttal reports regarding objective indicia of non-obviousness, Defendant's responsive expert reports limited solely to objective indicia of non-obviousness | February 15, 2019 | February 25, 2019 |

//

**IT IS SO ORDERED.**

DATED __11/19/2018__

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE