| | |
|---|---|
| 1 | THOMAS H. L. SELBY (*pro hac vice*) |
| | DAVID M. KRINSKY (*pro hac vice*) |
| 2 | ADAM D. HARBER (*pro hac vice*) |
| | CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| 3 | WENDY Z. ZUPAC (SBN 294468) |
| | ANKIT BAHRI (*pro hac vice*) |
| 4 | DEBMALLO SHAYON GHOSH (SBN 313628) |
| | JAMES M. RICE (*pro hac vice*) |
| 5 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| 6 | Washington, D.C. 20005 |
| | Telephone: (202) 434-5000 |
| 7 | Facsimile: (202) 434-5029 |
| | E-mail: tselby@wc.com |
| 8 | E-mail: dkrinsky@wc.com |
| | E-mail: aharber@wc.com |
| 9 | E-mail: cmandernach@wc.com |
| | Email: wzupac@wc.com |
| 10 | E-mail: abahri@wc.com |
| | E-mail: sghosh@wc.com |
| 11 | E-mail: mrice@wc.com |
| 12 | STEPHEN E. TAYLOR (SBN 058452) |
| | JONATHAN A. PATCHEN (SBN 237346) |
| 13 | KARAN S. DHADIALLA (SBN 296313) |
| | TAYLOR & PATCHEN, LLP |
| 14 | One Ferry Building, Suite 355 |
| | San Francisco, CA 94111 |
| 15 | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| 16 | E-mail: staylor@taylorpatchen.com |
| | E-mail: jpatchen@taylorpatchen.com |
| 17 | E-mail: kdhadialla@taylorpatchen.com |
| 18 | Attorneys for Defendant DROPBOX, INC. |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No.: 4:16-cv-00119-HSG-KAW |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW ANKIT BAHRI AS COUNSEL FOR DEFENDANT DROPBOX, INC.** |
| v. | |
| DROPBOX, INC., | |
| Defendant. | Honorable Haywood S. Gilliam, Jr. |

[~~PROPOSED~~] ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW ANKIT BAHRI AS COUNSEL FOR DEFENDANT DROPBOX, INC.: CASE NO. 4:16-CV-00119-HSG-KAW

Having considered the Unopposed Motion to Withdraw Ankit Bahri as counsel of record for Defendant Dropbox, Inc. in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: 12/5/2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE