THOMAS H. L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
WENDY Z. ZUPAC (SBN 294468)
JAMES M. RICE (*pro hac vice*)
DEBMALLO SHAYON GHOSH (SBN 313628)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com
E-mail: wzupac@wc.com
E-mail: mrice@wc.com
E-mail: sghosh@wc.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
KARAN S. DHADIALLA (SBN 296313)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@taylorpatchen.com
E-mail: jpatchen@taylorpatchen.com
E-mail: kdhadialla@taylorpatchen.com

Attorneys for Defendant DROPBOX, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>DROPBOX, INC., <br><br>Defendant. | No. 4:16-cv-00119-HSG-KAW <br><br>[PROPOSED] ORDER ON DROPBOX, INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PARTIES' NOVEMBER 21, 2018 JOINT LETTER CONCERNING DISCOVERY DISPUTE <br><br>Judge: Hon. Kandis A. Westmore |

1    Pending before the Court is Defendant Dropbox, Inc.'s ("Dropbox") Renewed
2  Administrative Motion to File Under Seal the Parties' November 21, 2018 Joint Letter
3  Concerning Discovery Dispute.
4    Having considered: (1) Dropbox's Renewed Administrative Motion to Seal, (2) the
5  Declaration of James M. Rice, and (3) any declarations filed by designating parties, IT IS
6  HEREBY ORDERED THAT Dropbox's Renewed Administrative Motion to Seal is
7  GRANTED.
8    The Clerk of the Court shall file under seal the redacted portions of the parties' Joint
9  Letter Concerning Discovery Dispute ("Joint Letter") and Exhibit 1 to the supporting Declaration
10 of James M. Rice ("Exhibit 1"):

| Portions Containing Confidential Information | Designating Party |
|---|---|
| Joint Letter, Page 1, Lines 5-7 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 1, Line 9 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 2, Line 1 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 2, Lines 4-9 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 2, Lines 16-17 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 2, Line 29 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 2, Lines 34-38 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 3, Lines 1-18 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 3, Line 22 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 3, Lines 24-25 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 3, Lines 34-35 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 3, Lines 39-41 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 4, Lines 1- 5 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 4, Line 7 | Synchronoss Technologies, Inc. |

| | |
|---|---|
| Joint Letter, Page 4, Lines 9-10 | Synchronoss Technologies, Inc. |
| Joint Letter, Page 4, Lines 11-19 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 263, Lines 1-5 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 263, Lines 12-13 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 263, Lines 15-16 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 263, Lines 21-23 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 273, Lines 2-5 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 273, Lines 8-10 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 273, Lines 12-16 | Synchronoss Technologies, Inc. |
| Exhibit 1, Page 273, Lines 18-23 | Synchronoss Technologies, Inc. |

**IT IS SO ORDERED.**

DATED: 12/18/2018

*Kandis Westmore*

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE