UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX INC., et al., <br><br> Defendants. | Case No. 4:16-cv-00119-HSG (KAW) <br><br> **ORDER TERMINATING 2/22/19 JOINT LETTER** <br><br> Re: Dkt. No. 273 |

On February 22, 2019, the parties filed a joint letter, in which Synchronoss seeks to preclude Dropbox from relying on the Opening Expert Report of Gregor Purdy. (Joint Letter, Dkt. No. 273 at 1.) Therein, Synchronoss argues that Mr. Purdy's opinions fall outside the scope of expert testimony, such that he should have been disclosed in advance of the fact discovery deadline. *Id.* Dropbox disagrees, and contends that Mr. Purdy's testimony is proper expert testimony. *Id.*

This dispute, however, is a motion in limine fashioned as a discovery dispute, so it is not ripe for adjudication. Accordingly, the joint letter is TERMINATED. The parties may refile this dispute as a motion in limine before the presiding judge should the case proceed to trial.

IT IS SO ORDERED.

Dated: March 8, 2019

KANDIS A. WESTMORE
United States Magistrate Judge