# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SYNCHRONOSS TECHNOLOGIES, INC.,

    Plaintiff(s),

v.

DROPBOX, INC.,

    Defendant(s).

Case No: 4:16-cv-00119-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, R. Tyler Goodwyn, IV, an active member in good standing of the bar of Washington, DC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Synchronoss Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Sarah Eskandari, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Dentons US LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Dentons US LLP<br>One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 496-7143 | (415) 267-4000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tyler.goodwyn@dentons.com | sarah.eskandari@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 469685.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 12, 2019        /s/ R. Tyler Goodwyn, IV
                                                  APPLICANT
                                          R. Tyler Goodwyn, IV

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of R. Tyler Goodwyn, IV is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/13/2019                         Haywood S. Gill, Jr.
                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*R. Tyler Goodwyn IV*

was duly qualified and admitted on **October 2, 2000** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 8, 2019.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By: _____
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.