*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No. 4:16-cv-00119-HSG |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |
| v. | |
| DROPBOX, INC., | **[CIVIL LOCAL RULE 6-2]** |
| Defendant. | **Judge:  Hon. Haywood S. Gilliam, Jr.** |
| | **Complaint Filed: March 27, 2015**<br>**Case Transferred: January 8, 2016** |

Plaintiff Synchronoss Technologies, Inc., ("Synchronoss") and Defendant Dropbox, Inc., ("Dropbox") (collectively, the "Parties") by and through their respective counsel and subject to the Court's approval, stipulate as follows:

**WHEREAS**, on January 9, 2018, the Court issued an Order Setting the Case Schedule that set a deadline for the Parties to complete expert discovery by April 5, 2019. (ECF 173, *4:16-CV-00119-HSG-KAW*);

**WHEREAS,** the Parties have noticed, scheduled, and taken a number of expert depositions in this matter, but two of those expert depositions are unable to be completed before the April 5, 2019 deadline due to counsel's and the witnesses' availability; (See Declaration of Sarah S. Eskandari ("Eskandari Dec."), ¶ 3.)

**WHEREAS**, the previously noticed depositions of Dr. Michael Freedman and Dr. Keith R. Ugone, expert witnesses retained by Dropbox, are currently scheduled for April 11 and April 25, 2019, respectively. (Eskandari Dec. ¶ 4.)

**WHEREAS,** on February 28, 2019 and March 19, 2019, the Parties met and conferred via e-mail to discuss the need for approaching the court to obtain leave to complete the two currently noticed expert depositions after the cutoff date due to witness and counsel availabilities. (Eskandari Dec. ¶ 5.) Given these facts, the Parties believe there is good cause to allow the completion of the two currently noticed expert depositions after the cutoff date and by April 26, 2019.

**WHEREAS**, there have been seven prior time modifications in this case: (1) when the Court granted Synchronoss' motion for an extension of time to respond to Dropbox's original February 5, 2016 motion to dismiss (ECF 70, 71); (2) when the Court granted the Parties' Stipulated Request for an extension of time for Dropbox to file its reply in support of the Motion to Dismiss (ECF 90, 91); (3) when the Court granted the Parties' stipulated request for an extension of time to submit their ESI Stipulation and Protective Order (ECF 121, 123); (4) when the Court granted the Parties' Stipulated Request to Change the Deadline for Document Production (ECF 187); (5) when the Court granted the Parties' Stipulated Request to Complete Currently Noticed Depositions Beyond The Close Of Fact Discovery (ECF 224);

(6) when the Court granted the Parties' Stipulated Request for Order Changing Time and Order (ECF 232); and (7) when the Court granted the Parties' Stipulated Request for Order Changing Time and Order to complete noticed fact depositions to November 29, 2018 and the deadline to serve their initial expert disclosures and reports from November 20, 2018 to December 3, 2018, and to extend the deadlines for further expert disclosures and reports accordingly. (ECF 244). (Eskandari Dec. ¶ 6.)

**WHEREAS**, the Parties' requested extension is limited to the currently noticed expert depositions of Dr. Keith R. Ugone and Dr. Michael Freedman and will have no impact on the schedule, as the remaining deadlines in the Scheduling Order will be unaffected. (Eskandari Dec. ¶ 7.)

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT,** subject to the Court's approval, the parties may complete the two currently noticed expert depositions of Michael Freedman and Keith R. Ugone after the cutoff date and by April 26, 2019.

Dated this 26th day of March, 2019.

| | |
|---|---|
| */s/Sarah S. Eskandari* <br> SARAH S. ESKANDARI (SBN 271541) <br> DENTONS US LLP <br> One Market Plaza, <br> Spear Tower, 24th Floor <br> San Francisco, CA 94105 <br> Telephone: (415) 267-4000 <br> Facsimile: (415) 267-4198 <br> Email: sarah.eskandari@dentons.com <br><br> MARK L. HOGGE (*pro hac vice*) <br> NICHOLAS H. JACKSON (SBN 269976) <br> DENTONS US LLP <br> 1900 K Street, N.W. <br> Washington, DC 20006 <br> Telephone: (202) 408-6400 <br> Facsimile: (202) 408-6399 <br> Email: mark.hogge@dentons.com <br> Email: nicholas.jackson@dentons.com <br><br> *Attorneys for Plaintiff* <br> *Synchronoss Technologies, Inc.* | */s/ Jonathan A. Patchen* <br> STEPHEN E. TAYLOR (SBN 058452) <br> JONATHAN A. PATCHEN (SBN 237346) <br> TAYLOR & PATCHEN, LLP <br> One Ferry Building, Suite 355 <br> San Francisco, CA 94111 <br> Telephone: (415) 788-8200 <br> Facsimile: (415) 788-8208 <br> E-mail: staylor@taylorpatchen.com <br> E-mail: jpatchen@taylorpatchen.com <br><br> THOMAS H.L. SELBY (*pro hac vice*) <br> DAVID M. KRINSKY (*pro hac vice*) <br> ADAM D. HARBER (*pro hac vice*) <br> CHRISTOPHER J. MANDERNACH (*pro hac vice*) <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 434-5000 <br> Facsimile: (202) 434-5029 <br> E-mail: tselby@wc.com <br> E-mail: dkrinsky@wc.com <br> E-mail: aharber@wc.com <br> E-mail: cmandernach@wc.com <br><br> *Attorneys for Defendant* <br> *Dropbox, Inc.* |

**FILER'S ATTESTATION:**

I, Sarah S. Eskandari, am the ECF user whose ID and password are being used to file the above **STIPULATED REQUEST FOR ORDER CHANGING TIME [CIVIL LOCAL RULE 6-2].** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: March 26, 2019       By    */s/ Sarah S. Eskandari*
                                         SARAH S. ESKANDARI

# ORDER

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc. and Defendant Dropbox, Inc., (collectively, the "Parties") Stipulated Request for Order Changing Time. The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulated Request for additional time to complete the currently noticed expert depositions of Mr. Freedman and Mr. Ugone before April 26, 2019.

**IT IS SO ORDERED.**

DATED March 27, 2019

_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE