Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
MCGUIREWOODS LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Third Party Defendants*
*BlackBerry Limited and BlackBerry Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No. 4:16-cv-00119-HSG-KAW |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** |
| v. | Honorable Haywood S. Gilliam, Jr. |
| DROPBOX INC., et al., | |
| Defendants. | |

1

**ORDER**

This matter is before the Court on Third Party Defendants BlackBerry Limited and BlackBerry Corporation. For good cause shown, the Motion is **GRANTED**, and Alicia A. Baiardo is hereby withdrawn as attorney of record for the Third Party Defendants BlackBerry Limited and BlackBerry Corporation.

**IT IS SO ORDERED.**

This 26th day of April 2019.

_Haywood S. Gilliam Jr._
The Hon. Haywood S. Gilliam, Jr.