1

2

3

4       UNITED STATES DISTRICT COURT

5      NORTHERN DISTRICT OF CALIFORNIA

6

7 SYNCHRONOSS TECHNOLOGIES, INC.,   Case No. 4:16-cv-00119-HSG (KAW)

8     Plaintiff,      **ORDER TERMINATING 4/30/19 JOINT DISCOVERY LETTER**

9    v.

10 DROPBOX INC., et al.,      Re: Dkt. No. 307

11     Defendants.

12

13   On April 30, 2019, the parties filed a joint discovery letter regarding whether Synchronoss

14 should be required to produce documents pertaining to its recent settlement with Egnyte, Inc. in a

15 related case. (Joint Letter, Dkt. No. 307 at 1.) Fact discovery closed on September 21, 2018. *Id.*

16 Accordingly, the joint letter is TERMINATED on the grounds that it is untimely. *See* Civil L.R.

17 37-3 (Discovery disputes must be filed within 7 days of the relevant discovery deadline.).  The

18 parties are advised that they would need to obtain relief from the fact discovery cut-off from the

19 district court before the undersigned could entertain this dispute.

20   IT IS SO ORDERED.

21 Dated: May 1, 2019

22             _____

KANDIS A. WESTMORE

23             United States Magistrate Judge

24

25

26

27

28