*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX, INC., <br><br> Defendant. | Case No. 4:16-cv-00119-HSG <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER** <br><br> **[CIVIL LOCAL RULE 6-2]** <br><br> **Judge: Hon. Haywood S. Gilliam, Jr.** <br><br> **Complaint Filed: March 27, 2015** <br> **Case Transferred: January 8, 2016** |

Plaintiff Synchronoss Technologies, Inc., ("Synchronoss") and Defendant Dropbox, Inc., ("Dropbox") (collectively, the "Parties") by and through their respective counsel and subject to the Court's approval, stipulate as follows:

**WHEREAS**, on January 9, 2018, the Court issued an Order Setting the Case Schedule that set a May 3, 2019 date for the Parties to file dispositive and *Daubert* motions, and an August 12, 2019 date for the commencement of jury trial (ECF 173); and

**WHEREAS**, the Parties have filed certain dispositive and *Daubert* motions, which, based on the May 3, 2019 filing date and the Local Rules, will be fully briefed by May 24, 2019; and

**WHEREAS,** the Parties noticed hearings for those motions for the first available hearing date according to the Court's publicly posted calendar, August 29, 2019, which falls *after* the August 12 trial date (*See* Declaration of D. Shayon Ghosh ("Ghosh Decl."), ¶ 4); and

**WHEREAS,** on April 30 and May 2, 2019, the Parties met and conferred via e-mail to discuss the need for approaching the Court to request an earlier hearing date on any dispositive and *Daubert* motions (Ghosh Decl., ¶ 5); and

**WHEREAS,** the Parties believe there is good cause to shorten time for the hearing on the Parties' dispositive and *Daubert* motions, so that the Court may hear argument on any such motions before the commencement of trial (Ghosh Decl., ¶ 6); and

**WHEREAS,** the Parties respectfully request that the Court hear the Parties' dispositive and *Daubert* motions at the Court's earliest convenience in June or July of 2019 so that they may be decided sufficiently in advance of trial (Ghosh Decl., ¶ 7); and

**WHEREAS**, there have been eight prior time modifications in this case: (1) when the Court granted Synchronoss' motion for an extension of time to respond to Dropbox's original February 5, 2016 motion to dismiss (ECF 71); (2) when the Court granted the Parties' Stipulated Request for an extension of time for Dropbox to file its reply in support of the Motion to Dismiss (ECF 91); (3) when the Court granted the Parties' stipulated request for an extension of time to submit their ESI Stipulation and Protective Order (ECF 123); (4) when the Court granted the Parties' Stipulated Request to Change the Deadline for Document

| | |
|---|---|
| 1 | Production (ECF 187); (5) when the Court granted the Parties' Stipulated Request to |
| 2 | Complete Currently Noticed Depositions Beyond The Close Of Fact Discovery (ECF 224); |
| 3 | (6) when the Court granted the Parties' Stipulated Request to extend the deadlines to complete |
| 4 | currently noticed fact depositions and to serve expert disclosures and reports (ECF 232); |
| 5 | (7) when the Court granted the Parties' Stipulated Request to extend further the deadlines to |
| 6 | complete currently noticed fact depositions and to serve expert disclosures and reports (ECF |
| 7 | 244); and (8) when the Court granted the Parties' Stipulated Request to complete currently |
| 8 | noticed expert depositions beyond the close of expert discovery (ECF 291); and |
| 9 |     **WHEREAS**, the Parties' request will have no impact on the schedule, as the |
| 10 | remaining deadlines in the Scheduling Order will be unaffected (Ghosh Decl, ¶ 9), |
| 11 |     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND** |
| 12 | **BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT,** the |
| 13 | Parties respectfully request that the Court schedule a hearing date for dispositive and *Daubert* |
| 14 | motions at its earliest convenience in June or July of 2019. |

Dated this 3rd day of May, 2019.

| | |
|---|---|
| /s/ Sarah S. Eskandari | /s/ D. Shayon Ghosh |
| SARAH S. ESKANDARI (SBN 271541) | THOMAS H. L. SELBY (*pro hac vice*) |
| DENTONS US LLP | DAVID M. KRINSKY (*pro hac vice*) |
| One Market Plaza, | ADAM D. HARBER (*pro hac vice*) |
| Spear Tower, 24th Floor | CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| San Francisco, CA 94105 | SARAH L. O'CONNOR (*pro hac vice*) |
| Telephone: (415) 267-4000 | D. SHAYON GHOSH (SBN 313628) |
| Facsimile: (415) 267-4198 | JAMES M. RICE (*pro hac vice*) |
| Email: sarah.eskandari@dentons.com | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| MARK L. HOGGE (*pro hac vice*) | Washington, D.C. 20005 |
| NICHOLAS H. JACKSON (SBN 269976) | Telephone: (202) 434-5000 |
| DENTONS US LLP | Facsimile: (202) 434-5029 |
| 1900 K Street, N.W. | E-mail: tselby@wc.com |
| Washington, DC 20006 | E-mail: dkrinsky@wc.com |
| Telephone: (202) 408-6400 | E-mail: aharber@wc.com |
| Facsimile: (202) 408-6399 | E-mail: cmandernach@wc.com |
| Email: mark.hogge@dentons.com | E-mail: soconnor@wc.com |
| Email: nicholas.jackson@dentons.com | E-mail: sghosh@wc.com |
| | E-mail: mrice@wc.com |
| *Attorneys for Plaintiff* | |
| *Synchronoss Technologies, Inc.* | STEPHEN E. TAYLOR (SBN 058452) |
| | JONATHAN A. PATCHEN (SBN 237346) |
| | KARAN S. DHADIALLA (SBN 296313) |
| | TAYLOR & PATCHEN, LLP |
| | One Ferry Building, Suite 355 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| | E-mail: staylor@taylorpatchen.com |
| | E-mail: jpatchen@taylorpatchen.com |
| | E-mail: kdhadialla@taylorpatchen.com |
| | |
| | *Attorneys for Defendant* |
| | *Dropbox, Inc.* |

**FILER'S ATTESTATION:**

I, Karan S. Dhadialla, am the ECF user whose ID and password are being used to file the above **STIPULATED REQUEST FOR ORDER CHANGING TIME [CIVIL LOCAL RULE 6-2].** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: May 3, 2019

By   */s/ Karan S. Dhadialla*
      KARAN S. DHADIALLA

# ORDER

**THIS MATTER**, came before the Court on a Stipulated Request for Order Changing Time by Plaintiff Synchronoss Technologies, Inc. and Defendant Dropbox, Inc., (collectively, the "Parties"). The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulated Request and sets a hearing date for the Parties' dispositive and *Daubert* motions on June 7, 2019, at 3:00 p.m.

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE