| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*) |
| 2 | NICHOLAS H. JACKSON (SBN 269976) |
|   | RAJESH C. NORONHA (*Pro Hac Vice*) |
| 3 | DENTONS US LLP |
|   | 1900 K Street, NW |
| 4 | Washington, D.C. 20006 |
|   | Telephone: (202) 496-7500 |
| 5 | Facsimile: (202) 496-7756 |
|   | E-mail: mark.hogge@dentons.com |
| 6 | E-mail: nicholas.jackson@dentons.com |
|   | E-mail: rajesh.noronha@dentons.com |

SARAH S. ESKANDARI (SBN 271541)
JENNIFER D. BENNETT (SBN 235196)
KEVIN GREENLEAF (SBN 256896)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sarah.eskandari@dentons.com
E-mail: jennifer.bennett@dentons.com
Email: kevin.greenleaf@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br><br>  vs.<br><br>DROPBOX, INC.,<br><br>                    Defendant. | Case No. 4:16-cv-00119-HSG<br><br>**ORDER GRANTING SYNCHRONOSS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

# ORDER

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc.'s Motion to Remove Incorrectly Filed Documents. The Court, having reviewed and considered the arguments on this motion and all relevant factual statements therein, hereby **GRANTS** Synchronoss' Motion, as follows:

**IT IS HEREBY ORDERED** that:

Synchronoss's Motion to Remove Incorrectly Filed Documents is granted as to the following documents: Docket Nos. 305-11, 305-13, 305-17, 305-19 and Docket Nos. 306-05, 306-06, No. 306-10, 306-11, 306-14, and 306-15. The Clerk is directed to remove the documents from the docket. .

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE