1  MARK L. HOGGE (*Pro Hac Vice*)
   NICHOLAS H. JACKSON (SBN 269976)
2  RAJESH C. NORONHA (*Pro Hac Vice*)
   DENTONS US LLP
3  1900 K Street, NW
   Washington, D.C. 20006
4  Telephone: (202) 496-7500
   Facsimile: (202) 496-7756
5  E-mail: mark.hogge@dentons.com
   E-mail: nicholas.jackson@dentons.com
6  E-mail: rajesh.noronha@dentons.com

7  SARAH S. ESKANDARI (SBN 271541)
   JENNIFER D. BENNETT (SBN 235196)
8  KEVIN GREENLEAF (SBN 256896)
   DENTONS US LLP
9  One Market Plaza
   Spear Tower, 24th Floor
10 San Francisco, CA 94105
   Telephone: (415) 267-4000
11 Facsimile: (415) 267-4198
   E-mail: sarah.eskandari@dentons.com
12 E-mail: jennifer.bennett@dentons.com
   E-mail: kevin.greenleaf@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DROPBOX, INC.,<br><br>　　　　　　Defendant. | Case No. 4:16-cv-00119-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING SYNCHRONOSS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

# [PROPOSED] ORDER

**THIS MATTER**, came before the Court on Plaintiff Synchronoss Technologies, Inc.'s Motion to Remove Incorrectly Filed Documents. The Court, having reviewed and considered the arguments on this motion and all relevant factual statements therein, hereby **GRANTS** Synchronoss' Motion, as follows:

**IT IS HEREBY ORDERED** that:

Synchronoss's Motion to Remove Incorrectly Filed Documents is granted as to the documents filed at Docket No. 323, and 323-1 through 323-12. The Clerk is directed to remove the documents from the docket.

**IT IS SO ORDERED.**

DATED __5/8/2019__     _____*Haywood S. Gilliam Jr.*_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE