| | |
|---|---|
| 1 | THOMAS H. L. SELBY (*pro hac vice*) <br> DAVID M. KRINSKY (*pro hac vice*) |
| 2 | ADAM D. HARBER (*pro hac vice*) <br> CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| 3 | SARAH L. O'CONNOR (*pro hac vice*) <br> D. SHAYON GHOSH (SBN 313628) |
| 4 | WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. |
| 5 | Washington, D.C. 20005 <br> Telephone: (202) 434-5000 |
| 6 | Facsimile: (202) 434-5029 <br> E-mail: tselby@wc.com |
| 7 | E-mail: dkrinsky@wc.com <br> E-mail: aharber@wc.com |
| 8 | E-mail: cmandernach@wc.com <br> E-mail: soconnor@wc.com |
| 9 | E-mail: sghosh@wc.com |
| 10 | STEPHEN E. TAYLOR (SBN 058452) <br> JONATHAN A. PATCHEN (SBN 237346) |
| 11 | KARAN S. DHADIALLA (SBN 296313) <br> TAYLOR & PATCHEN, LLP |
| 12 | One Ferry Building, Suite 355 <br> San Francisco, CA 94111 |
| 13 | Telephone: (415) 788-8200 <br> Facsimile: (415) 788-8208 |
| 14 | E-mail: staylor@taylorpatchen.com <br> E-mail: jpatchen@taylorpatchen.com |
| 15 | E-mail: kdhadialla@taylorpatchen.com |
| 16 | Attorneys for Defendant DROPBOX, INC. |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No.: 4:16-cv-00119-HSG-KAW |
| Plaintiff, | [PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW JAMES M. RICE AS COUNSEL FOR DEFENDANT DROPBOX, INC. |
| v. | |
| DROPBOX, INC., | |
| Defendant. | Honorable Haywood S. Gilliam, Jr. |

1     Having considered the Unopposed Motion to Withdraw James M. Rice as counsel of
2 record for Defendant Dropbox, Inc. in this matter, the motion is hereby GRANTED.
3     IT IS SO ORDERED.

DATED: 6/20/2019

*Haywood S. Gilliam Jr.*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE