THOMAS H. L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
SARAH L. O'CONNOR (*pro hac vice*)
D. SHAYON GHOSH (SBN 313628)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
E-mail:  tselby@wc.com
E-mail:  dkrinsky@wc.com
E-mail:  aharber@wc.com
E-mail:  cmandernach@wc.com
E-mail:  soconnor@wc.com
E-mail:  sghosh@wc.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
KARAN S. DHADIALLA (SBN 296313)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail:  staylor@taylorpatchen.com
E-mail:  jpatchen@taylorpatchen.com
E-mail:  kdhadialla@taylorpatchen.com

Attorneys for Defendant DROPBOX, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | No. 4:16-cv-00119-HSG-KAW |
| Plaintiff, | **DECLARATION OF D. SHAYON GHOSH IN SUPPORT OF DROPBOX, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DROPBOX, INC.'S MOTION FOR ATTORNEY'S FEES** |
| v. | |
| DROPBOX, INC., | |
| Defendant. | Judge: Hon. Haywood S. Gilliam, Jr. |

I, D. SHAYON GHOSH, hereby declare as follows:

1.     I am an attorney associated with the law firm of Williams & Connolly, LLP, and have appeared as counsel of record for Defendant Dropbox, Inc. ("Dropbox") in the above-captioned action.  I am duly licensed to practice law in California, and I am a member of the bar of this Court.

2.     I make this declaration in accordance with Local Rule 7-11(a) and Local Rule 79-5(e) in support of Dropbox's Administrative Motion to File Under Seal Portions of Dropbox's Motion for Attorney's Fees ("Motion") and Exhibits 5, 6, 9, 10, 14, 17, 18, 19, 21, 22, 23, 24, 25, 26, 28, 29, and 30 attached to the concurrently filed Declaration of Christopher J. Mandernach in Support of Dropbox's Motion for Attorney's Fees ("Exhibits").

3.     Certain portions of Exhibits 5, 6, 9, and 10 contain confidential details about the source code, functionality, and operation of Dropbox's proprietary software.  Such details constitute sensitive business information, not publicly available or publicly disclosed, which Dropbox maintains in the strictest confidence.  To make publicly available these details about Dropbox's software products would cause substantial economic and competitive harm to Dropbox.  Dropbox has highlighted in yellow, and indicated in the chart below, the narrowly tailored portions of the Exhibits 5, 6, 9, and 10 that reflect or contain these confidential details about Dropbox's software.

4.     Certain portions of the Motion and Exhibit 17, and the entireties of Exhibits 14, 21, 26, 28, 29, and 30 contain material that Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") designated as "Highly Confidential" and/or "Attorneys' Eyes Only."  Dropbox has highlighted in green, and indicated in the chart below, the narrowly tailored portions of the Motion and the Exhibits that were designated as "Highly Confidential" or "Attorneys' Eyes Only" by Synchronoss.

5.     The highlighted portions of Exhibit 17 correspond to the portions of the same document that Synchronoss requested that the Court maintain under seal in Synchronoss's recently-filed renewed motion to seal.  *See* Dkt. Nos. 420, 420-9.  Exhibit 14 contains material that Synchronoss requested that the Court maintain under seal in its entirety in connection with

Dropbox's recently-filed renewed motion to seal. *See* Dkt. Nos. 431-2, 431-19. Exhibits 21, 26, and 28 are identical to documents that Synchronoss requested that the Court maintain under seal in their entirety in connection with Dropbox's recently-filed renewed motion to seal. *See* Dkt. Nos. 431-2, 431-23, 431-25, 431-33.

6.      Certain portions of the Motion, and the entireties of Exhibits 18 and 19, contain material that third party Marlin Equity Partners ("Marlin") designated as "Confidential Business Information – Outside Attorneys Eyes Only." Dropbox has highlighted in blue, and indicated in the chart below, the narrowly tailored portions of the Motion and Exhibits 18 and 19 that were designated as "Confidential Business Information – Outside Attorneys Eyes Only" by Marlin.

7.      Exhibits 18 and 19 are identical to documents that Marlin has previously requested that the Court maintain under seal in their entirety. *See* Dkt. Nos. 376, 431-3, 431-17, 431-21.

8.      Certain portions of the Motion, and the entireties of Exhibits 23, 24, and 25, contain material that third party BlackBerry Ltd. ("BlackBerry") designated as "Highly Confidential" or "Attorneys' Eyes Only." Dropbox has highlighted in pink, and indicated in the chart below, the narrowly tailored portions of the Motion and Exhibits 23, 24, and 25 that were designated as "Highly Confidential" or "Attorneys' Eyes Only" by BlackBerry.

9.      Exhibits 23, 24, and 25 are identical to documents that BlackBerry has previously requested that the Court maintain under seal in their entirety. *See* Dkt. Nos. 372, 431-4, 431-27, 431-29, 431-31.

10.      Pursuant to Local Rule 79-5(d) and (e), the following table identifies the portions of the Motion and Exhibits that contain or refer to Dropbox confidential information or to information that Synchronoss, Marlin, and/or BlackBerry designated as "Highly Confidential – Source Code" or "Attorneys' Eyes Only":

| Portions Containing Confidential Information | Designating Party | Reason |
|---|---|---|
| Motion, Page 15, Lines 15, 18–19, 24, 28 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |

| Motion, Page 16, Lines 1, 10, 13–18 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |
|---|---|---|
| Motion, Page 17, Line 1 | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." |
| Motion, Page 19, Lines 17–23, 25 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |
| Motion, Page 19, Lines 27–28 | Marlin | Contain material designated by Marlin as "Confidential Business Information – Outside Attorneys Eyes Only" |
| Motion, Page 20, Lines 1–4 | Marlin | Contain material designated by Marlin as "Confidential Business Information – Outside Attorneys Eyes Only" |
| Motion, Page 20, Lines 6–10, 17–18 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |
| Motion, Page 20, Lines 19–28 | BlackBerry | Contain material designated by BlackBerry as "Highly Confidential." |
| Motion, Page 21, Lines 2–3, 7–9, 26–28 | BlackBerry | Contain material designated by BlackBerry as "Highly Confidential." |
| Motion, Page 21, Lines 4–7, 12–24 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |
| Motion, Page 22, Lines 1–7 | BlackBerry | Contain material designated by BlackBerry as "Highly Confidential." |
| Motion, Page 22, Lines 9, 14–15 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." |
| Exhibit 5, Highlighted Portions of Pages 1–4 | Dropbox | Contain Dropbox's source code and/or non-public sensitive information regarding product function |
| Exhibit 6, Highlighted Portions of Page 2 | Dropbox | Contain Dropbox's source code and/or non-public sensitive information regarding product function |
| Exhibit 9, Highlighted Portions of Page 4–5, 18, 29–31 | Dropbox | Contain Dropbox's source code and/or non-public sensitive information regarding product function |

| Exhibit 10, Highlighted Portions of Page 6–8, 13–14, 23 | Dropbox | Contain Dropbox's source code and/or non-public sensitive information regarding product function |
|---|---|---|
| Exhibit 17, Highlighted Portions of Page 6 | Synchronoss | Contain material designated by Synchronoss as "Highly Confidential." *See* Dkt. Nos. 431-2, 431-19. |
| Exhibit 18, Entirety | Marlin | Contains material designated by Marlin as "Confidential Business Information – Outside Attorneys Eyes Only." *See* Dkt. Nos. 376, 431-17. |
| Exhibit 19, Entirety | Marlin | Contains material designated by Marlin as "Confidential Business Information – Outside Attorneys Eyes Only." *See* Dkt. Nos. 376, 431-21. |
| Exhibit 21, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." *See* Dkt. Nos. 431-2, 431-23. |
| Exhibit 22, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." |
| Exhibit 23, Entirety | BlackBerry | Contains material designated by BlackBerry as "Highly Confidential." *See* Dkt. Nos. 372, 431-27. |
| Exhibit 24, Entirety | BlackBerry | Contains material designated by BlackBerry as "Highly Confidential." *See* Dkt. Nos. 372, 431-29. |
| Exhibit 25, Entirety | BlackBerry | Contains material designated by BlackBerry as "Highly Confidential." *See* Dkt. Nos. 372, 431-31. |
| Exhibit 26, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." *See* Dkt. Nos. 431-2, 431-25. |
| Exhibit 28, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." *See* Dkt. Nos. 431-2, 431-33. |
| Exhibit 29, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly |

| | | Confidential." |
|---|---|---|
| Exhibit 39, Entirety | Synchronoss | Contains material designated by Synchronoss as "Highly Confidential." |

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and understanding.  Executed this 3rd day of July, 2019, at Washington, D.C.

/s/ D. Shayon Ghosh
D. SHAYON GHOSH