| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*) |
| 2 | NICHOLAS H. JACKSON (SBN 269976) |
|   | DENTONS US LLP |
| 3 | 1900 K Street, NW |
|   | Washington, D.C. 20006 |
| 4 | Telephone: (202) 496-7500 |
|   | Facsimile: (202) 496-7756 |
| 5 | E-mail: mark.hogge@dentons.com |
|   | E-mail: nicholas.jackson@dentons.com |

SARAH S. ESKANDARI (SBN 271541)
JENNIFER D. BENNETT (SBN 235196)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sarah.eskandari@dentons.com
E-mail: jennifer.bennett@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DROPBOX, INC., <br><br> Defendant. | Case No. 4:16-cv-00119-HSG-KAW <br><br> **UNOPPOSED MOTION TO WITHDRAW HEATHER MEGAN FULLER KHASSIAN AS COUNSEL OF RECORD AND ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Northern District of California's Civil Local Rule 11-5(a), Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") respectfully requests that Heather Megan Fuller Khassian be withdrawn as counsel of record for Synchronoss in this matter. Pursuant to Civil Local Rule 11-5(a), all parties in this matter have been notified. Counsel for defendant Dropbox, Inc. has indicated they do not oppose this motion. After July 19, 2019, the undersigned will no longer be a partner with the law firm Dentons US LLP, and will no longer participate in this litigation. Dentons US LLP will continue to serve as counsel of record for Synchronoss and all future correspondence and papers in this action should continue to be directed to counsel of record at Dentons US LLP.

Pursuant to Civil Local Rule 11-5, Synchronoss requests that the Court allow Heather Megan Fuller Khassian to withdraw her appearance as counsel of record for Synchronoss in the above-captioned action. A proposed order is submitted herewith.

Dated: July 18, 2018

DENTONS US LLP

By  /s/ Sarah S. Eskandari
MARK L. HOGGE (*Pro Hac Vice*)
NICHOLAS H. JACKSON (SNB 269976)
DENTONS US LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
E-mail: mark.hogge@dentons.com
E-mail: nicholas.jackson@dentons.com

SARAH S. ESKANDARI (SBN 271541)
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sarah.eskandari@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# **ORDER**

Having considered the request of Synchronoss Technologies, Inc. ("Synchronoss") to allow Heather Megan Fuller Khassian to withdraw her appearance as counsel of record for Synchronoss in this action.

IT IS HEREBY ORDERED that:

1. Synchronoss's request is GRANTED; and

2. Heather Megan Fuller Khassian is relieved as counsel of record for Synchronoss.

**IT IS SO ORDERED.**

DATED: 7/19/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge