*[COUNSEL OF RECORD IDENTIFIED IN SIGNATURE BLOCK]*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No. 4:16-cv-00119-HSG-KAW |
| Plaintiff, | **STIPULATION OF THE PARTIES REGARDING BILL OF COSTS AND [PROPOSED] ORDER** |
| v. | |
| DROPBOX, INC., | **Judge:  Hon. Haywood S. Gilliam, Jr.** |
| Defendant. | |

1     **WHEREAS**, Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") accused Defendant Dropbox, Inc. ("Dropbox") of infringement of several patents, including U.S. Patent Nos. 6,671,757 ("the '757 patent") and 7,587,446 ("the '446 patent") (Dkt. No. 1);

    **WHEREAS**, on June 17, 2019, the court granted Dropbox's Motion for Summary Judgment, and found that Synchronoss had failed to show that Dropbox directly infringes any claims of the '757 patent or the system claims of the '446 patent, and that the asserted claims of the '446 patent are invalid as indefinite (Dkt. No. 406);

    **WHEREAS**, on June 19, 2019, the Court entered Judgment consistent with its June 17, 2019 Order (Dkt. No. 411);

    **WHEREAS**, on July 3, 2019, Dropbox filed its Bill of Costs with this Court, identifying certain costs it sought to be taxed against Synchronoss pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules of this Court (Dkt. No. 434);

    **WHEREAS**, on July 18 and 19, 2019, counsel for Synchronoss and counsel for Dropbox met and conferred telephonically and via e-mail to discuss the costs listed in Dropbox's Bill of Costs and any disputes related thereto;

    **WHEREAS**, counsel for Dropbox agreed to withdraw the following costs identified in its Bill of Costs:  1) $1,840.00 identified as Filing Fees and Docket Fees, Civil Local Rule 54-3(a)(1), 18 U.S.C. 1923 (Dkt. Nos. 434, 434-2); and 2) $3,840.00 of the $15,360.00 total amount identified by Dropbox as "Project Management" costs listed within the invoices from Lighthouse Document Technologies, Inc. for electronic discovery services rendered to Dropbox as Disclosure/formal discovery documents, Civil L.R. 54-3(d)(2) (Dkt. Nos. 434, 434-3);

    **WHEREAS**, in order to avoid burdening the Court with any dispute, the parties agreed to the adjustment to the Bill of Costs as noted above, and counsel for Synchronoss agreed not to object to or file an opposition to Dropbox's Bill of Costs; and

    **WHEREAS,** the parties jointly request that the Court issue an order for the Clerk to tax costs against Synchronoss in the agreed-to amount of $65,044.54.

| | |
|---|---|
| 1 | **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL, THAT**: (1) Counsel for Synchronoss agrees not to object to or file an opposition to Dropbox's Bill of Costs; and (2) The Parties jointly request that the Court issue an order for the Clerk to tax costs against Synchronoss in the agreed-to amount of $65,044.54. |

Dated this 19th day of July, 2019.

| | |
|---|---|
| */s/ Sarah S. Eskandari* | */s/ Jonathan A. Patchen* |
| SARAH S. ESKANDARI (SBN 271541) | STEPHEN E. TAYLOR (SBN 058452) |
| JENNIFER D. BENNETT (SBN 235196) | JONATHAN A. PATCHEN (SBN 237346) |
| DENTONS US LLP | KARAN S. DHADIALLA (SBN 296313) |
| One Market Plaza, | TAYLOR & PATCHEN, LLP |
| Spear Tower, 24th Floor | One Ferry Building, Suite 355 |
| San Francisco, CA 94105 | San Francisco, CA 94111 |
| Telephone: (415) 267-4000 | Telephone: (415) 788-8200 |
| Facsimile: (415) 267-4198 | Facsimile:  (415) 788-8208 |
| Email: sarah.eskandari@dentons.com | E-mail:  staylor@taylorpatchen.com |
| Email: jennifer.bennett@dentons.com | E-mail:  jpatchen@taylorpatchen.com |
| | E-mail:  kdhadialla@taylorpatchen.com |
| MARK L. HOGGE (*Pro Hac Vice*) | |
| KIRK R. RUTHENBERG (*Pro Hac Vice*) | THOMAS H. L. SELBY (*pro hac vice*) |
| NICHOLAS H. JACKSON (SBN 269976) | DAVID M. KRINSKY (*pro hac vice*) |
| KEVIN GREENLEAF (SBN 256896) | ADAM D. HARBER (*pro hac vice*) |
| RAJESH NORONHA (*Pro Hac Vice*) | CHRISTOPHER J. MANDERNACH (*pro hac vice*) |
| DENTONS US LLP | SARAH L. O'CONNOR (*pro hac vice*) |
| 1900 K Street, N.W. | D. SHAYON GHOSH (SBN 313628) |
| Washington, DC 20006 | WILLIAMS & CONNOLLY LLP |
| Telephone: (202) 408-6400 | 725 Twelfth Street, N.W. |
| Facsimile: (202) 408-6399 | Washington, D.C.  20005 |
| Email: mark.hogge@dentons.com | Telephone:  (202) 434-5000 |
| Email: kirk.ruthenberg@dentons.com | Facsimile:   (202) 434-5029 |
| Email: nicholas.jackson@dentons.com | E-mail:  tselby@wc.com |
| Email: kevin.greenleaf@dentons.com | E-mail:  dkrinsky@wc.com |
| Email: rajesh.noronha@dentons.com | E-mail:  aharber@wc.com |
| | E-mail:  cmandernach@wc.com |
| *Attorneys for Plaintiff* | E-mail:  soconnor@wc.com |
| *Synchronoss Technologies, Inc.* | E-mail:  sghosh@wc.com |
| | |
| | *Attorneys for Defendant* |
| | *Dropbox, Inc.* |

**FILER'S ATTESTATION:**

I, Sarah S. Eskandari, am the ECF user whose ID and password are being used to file the above **STIPULATION OF THE PARTIES REGARDING BILL OF COSTS.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: July 19, 2019

By:    */s/ Sarah S. Eskandari*
      SARAH S. ESKANDARI

# [PROPOSED] ORDER

**THIS MATTER**, came before the Court on the Stipulation of the Parties Regarding Bill of Costs by Plaintiff Synchronoss Technologies, Inc. and Defendant Dropbox, Inc., (collectively, the "Parties"). The Court, having reviewed and considered the submitted papers in this matter and all relevant factual statements therein, hereby **GRANTS** the Parties' Stipulation of the Parties Regarding Bill of Costs.  The Clerk shall tax costs against Synchronoss Technologies, Inc. in the amount of $65,044.54.

**IT IS SO ORDERED.**

DATED _____          _____
                              HONORABLE HAYWOOD S. GILLIAM JR.
                              UNITED STATES DISTRICT JUDGE