THOMAS H. L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
SARAH L. O'CONNOR (*pro hac vice*)
DEBMALLO SHAYON GHOSH (SBN 313628)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com
Email: soconnor@wc.com
E-mail: sghosh@wc.com

STEPHEN E. TAYLOR (SBN 058452)
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@taylorpatchen.com

Attorneys for Defendant DROPBOX, INC.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No.: 4:16-cv-00119-HSG-KAW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION TO WITHDRAW STEPHEN E. TAYLOR AS COUNSEL FOR DEFENDANT DROPBOX, INC.** |
| v. | |
| DROPBOX, INC., | |
| Defendant. | Honorable Haywood S. Gilliam, Jr. |

Having considered the Unopposed Motion to Withdraw Stephen E. Taylor as counsel of record for Defendant Dropbox, Inc. in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: 11/6/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE