| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*) |
| 2 | KIRK R. RUTHENBERG (*Pro Hac Vice*) |
|   | NICHOLAS H. JACKSON (SBN 269976) |
| 3 | KEVIN GREENLEAF (SBN 256896) |
|   | RAJESH C. NORONHA (*Pro Hac Vice*) |
| 4 | DENTONS US LLP |
|   | 1900 K Street, N.W. |
| 5 | Washington, DC  20006 |
|   | Telephone: (202) 408-6400 |
| 6 | Facsimile: (202) 496-7756 |
| 7 | Email: mark.hogge@dentons.com |
|   | Email: kirk.ruthenberg@dentons.com |
| 8 | Email: nicholas.jackson@dentons.com |
|   | Email: kevin.greenleaf@dentons.com |
| 9 | Email: rajesh.noronha@dentons.com |

JENNIFER D. BENNETT (SBN 235196)
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA  94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: jennifer.bennett@dentons.com

*Attorneys for Plaintiff*
*Synchronoss Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | Case No. 4:16-cv-00119-HSG-KAW |
| Plaintiff, | **UNOPPOSED MOTION TO WITHDRAW PATRICK DOLL AS COUNSEL OF RECORD AND ORDER** |
| vs. | Judge:  Hon. Haywood S. Gilliam, Jr. |
| DROPBOX, INC., | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to the Northern District of California's Civil Local Rule 11-5(a), Plaintiff |
| 2 | Synchronoss Technologies, Inc. ("Synchronoss") respectfully requests that Patrick Doll be |
| 3 | withdrawn as counsel of record for Synchronoss in this matter. Pursuant to Civil Local Rule 11- |
| 4 | 5(a), all parties in this matter have been notified. Counsel for defendant Dropbox, Inc. has |
| 5 | indicated they do not oppose this motion. After November 15, 2019, the undersigned will no |
| 6 | longer be a lawyer with the law firm Dentons US LLP, and will no longer participate in this |
| 7 | litigation. Dentons US LLP will continue to serve as counsel of record for Synchronoss and all |
| 8 | future correspondence and papers in this action should continue to be directed to counsel of |
| 9 | record at Dentons US LLP. |

Pursuant to Civil Local Rule 11-5, Synchronoss requests that the Court allow Patrick Doll to withdraw his appearance as counsel of record for Synchronoss in the above-captioned action. A proposed order is submitted herewith.

Dated: November 13, 2019

DENTONS US LLP

By   /s/ Jennifer D. Bennett
JENNIFER D. BENNETT (SBN 235196)
DENTONS US LLP
One Market Plaza,
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: jennifer.bennett@dentons.com

MARK L. HOGGE (*Pro Hac Vice*)
NICHOLAS H. JACKSON (SBN 269976)
DENTONS US LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone:  (202) 496-7500
Facsimile:   (202) 496-7756
E-mail:  mark.hogge@dentons.com
E-mail:  nicholas.jackson@dentons.com

*Attorneys for Plaintiff
Synchronoss Technologies, Inc.*

- 1 -
**MOTION RE WITHDRAWAL OF COUNSEL PATRICK DOLL**
CASE NO. 4:16-CV-00119-HSG-KAW

# **ORDER**

Having considered the request of Synchronoss Technologies, Inc. ("Synchronoss") to allow Patrick Doll to withdraw his appearance as counsel of record for Synchronoss in this action.

IT IS HEREBY ORDERED that:

1. Synchronoss's request is GRANTED; and

2. Patrick Doll is relieved as counsel of record for Synchronoss.

**IT IS SO ORDERED.**

DATED: 11/14/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

CERTIFICATE OF SERVICE