THOMAS H. L. SELBY (*pro hac vice*)
DAVID M. KRINSKY (*pro hac vice*)
ADAM D. HARBER (*pro hac vice*)
CHRISTOPHER J. MANDERNACH (*pro hac vice*)
SARAH L. O'CONNOR (*pro hac vice*)
D. SHAYON GHOSH (SBN 313628)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tselby@wc.com
E-mail: dkrinsky@wc.com
E-mail: aharber@wc.com
E-mail: cmandernach@wc.com
E-mail: soconnor@wc.com
E-mail: sghosh@wc.com

JONATHAN A. PATCHEN (SBN 237346)
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6209
Facsimile: (415) 291-6309
E-mail: jonathan.patchen@bakerbotts.com

Attorneys for Defendant DROPBOX, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DROPBOX, INC., <br><br> Defendant. | No. 4:16-cv-00119-HSG <br><br> **DROPBOX, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION; ORDER** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Complaint Filed: March 27, 2015 <br> Case Transferred: January 8, 2016 |

Pursuant to Local Rule 7-11, Defendant Dropbox, Inc. ("Dropbox") respectfully moves the Court for leave to file the attached Statement of Recent Decision regarding the Federal Circuit's recent precedential opinion in *Eko Brands, LLC v. Adrian Rivera Maynez Enterprises, Inc.*, Nos. 2018-2215, 2018-2254 (Fed. Cir. Jan. 13, 2020) (attached as Exhibit A to the Statement of Recent Decision). The Federal Circuit's decision in *Eko Brands* is relevant to Dropbox's pending Motion for Attorney's Fees pursuant to 35 U.S.C. § 285, Dkt. No. 436.[1] Specifically, in *Eko Brands* the Federal Circuit affirmed a district court's decision to award attorney's fees pursuant to § 285 "because of [a patentee's] unreasonable pursuit of its infringement claims" after claim construction foreclosed them. Slip op. at 8–10; *see Eko Brands v. Adrian Rivera Maynez Enters., Inc.*, Case No. C15-522RSL, ECF No. 130 (W.D. Wash. Nov. 3, 2016) (attached as Exhibit B to the Statement of Recent Decision).

Counsel for Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") has indicated that Synchronoss does not oppose this Motion.

For the foregoing reasons, Dropbox respectfully requests permission to file the attached Statement of Recent Decision citing the Federal Circuit's opinion in *Eko Brands*.

Dated: January 28, 2020

Respectfully submitted,

By: /s/ *Thomas H. L. Selby*

Thomas H. L. Selby (*Pro Hac Vice*)
David M. Krinsky (*Pro Hac Vice*)
Adam D. Harber (*Pro Hac Vice*)
Christopher J. Mandernach (*Pro Hac Vice*)
Sarah L. O'Connor (*Pro Hac Vice*)
D. Shayon Ghosh (SBN 313628)

WILLIAMS & CONNOLLY LLP

Jonathan A. Patchen (SBN 237346)

BAKER BOTTS LLP

Attorneys for Defendant DROPBOX, INC.

---

[1] Because the Court vacated the hearing on Dropbox's Motion, Dkt. No. 507, Dropbox submits this Motion pursuant to Civ. L.R. 7-11 and not Civ. L.R. 7-3(d)(2), which permits filing a statement of recent decision before the noticed hearing date.

# ATTESTATION

I, D. Shayon Ghosh, am the ECF user whose ID and password are being used to file the above **DROPBOX, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

*/s/ D. Shayon Ghosh*

# ORDER

**THIS MATTER,** having come before the Court upon Defendant Dropbox, Inc.'s Unopposed Motion for Leave to File Statement of Recent Decision, and the Court having reviewed the papers submitted on the Motion, and good cause having been shown,

**IT IS ORDERED** that Dropbox, Inc.'s Unopposed Motion for Leave to File Statement of Recent Decision is GRANTED.

**SO ORDERED.**

Dated: 1/29/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE